**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| GEORGE BOYD, *et al.*, <br> **Individually and on behalf of** <br> **all others similarly situated** <br><br> Plaintiffs, <br> v. <br><br> **LAW OFFICES OF** <br> **SHAPIRO, BROWN & ALT, LLP,** <br> **f/k/a Law Offices of Shapiro &** <br> **& Burson, LLP,** *et al.*, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * Civil Action No: 4:12-cv-85 AWA-DEM <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

**DEFENDANTS' MOTION TO TRANSFER VENUE AND TO CONSOLIDATE**

Defendants Shapiro, Brown & Alt, LLP ("SBA") and Professional Foreclosure Corporation of Virginia ("PFC") (collectively, "Defendants"), by counsel and pursuant to 28 U.S.C. §1406, and Federal Rule of Civil Procedure 42(a), submit their motion to transfer this case to Judge Allen in the Norfolk Division of this Court and to consolidate this case with *Moore et al. v. Shapiro & Burson, LLP*, Civil Action No. 4:11-cv-122 ("*Moore*"), for pretrial and settlement purposes.

WHEREFORE, for the reasons sets forth in their accompanying memorandum, Shapiro, Brown & Alt, LLP and Professional Foreclosure Corporation of Virginia respectfully request that the Complaint be transferred to Judge Allen in the Norfolk Division, consolidated with *Moore* for pretrial and settlement purposes, and for such other relief as may be just and proper.

20205159v1

Dated: December 24, 2012

Respectfully Submitted,

**Shapiro & Burson, LLP, Shapiro, Brown & Alt, LLP, and Professional Foreclosure Corporation of Virginia**

By: \_\_\_/s/ John C. Lynch_____
      Of Counsel

John C. Lynch (VSB No. 39267)
Megan E. Burns (VSB 35883)
Ethan G. Ostroff (VSB No. 71610)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

Bizhan Beiramee, Esq., (VSB #50918)
Matthew D. Cohen, Esq. (VSB #72097)
Beiramee & Cohen, P.C.
6663 B Old Dominion Drive, Third Floor
McLean, Virginia 22101
Phone: (703) 483-9600
Fax:    (703) 483-9599
Email: bbeiramee@beiramee.com

*Counsel for Defendants Shapiro, Brown & Alt, LLP and Professional Foreclosure Corporation of Virginia*

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of December, 2012, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

>Dale Wood Pittman, Esq.
>The Law Office of Dale W. Pittman, P.C.
>112-A W Tabb St
>Petersburg, VA 23803-3212
>(804) 861-6000
>Fax: (804) 861-3368
>Email: dale@pittmanlawoffice.com
>
>Kristi Cahoon Kelly, Esq.
>Surovell Isaacs Petersen & Levy PLC
>4010 University Drive, Suite 200
>Fairfax, VA 22030
>703-277-9774
>Fax: 703-591-9285
>Email: kkelly@siplfirm.com
>
>Leonard Anthony Bennett, Esq.
>Susan Mary Rotkis, Esq.
>Consumer Litigation Associates
>763 J Clyde Morris Boulevard, Suite 1A
>Newport News, VA 23601
>757-930-3660
>Fax: 757-930-3662
>Email: lenbennett@cox.net
>Email: srotkis@clalegal.com
>
>Matthew James Erausquin, Esq.
>Consumer Litigation Associates PC (Alex)
>1800 Diagonal Road, Suite 600
>Alexandria, VA 22314
>703-273-6080
>Fax: 888-892-3512
>Email: matt@clalegal.com

By: ___/s/ John C. Lynch_____
       Of Counsel

John C. Lynch (VSB No. 39267)
Megan E. Burns (VSB 35883)
Ethan G. Ostroff (VSB No. 71610)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

Bizhan Beiramee, Esq., (VSB #50918)
Matthew D. Cohen, Esq. (VSB #72097)
Beiramee & Cohen, P.C.
6663 B Old Dominion Drive, Third Floor
McLean, Virginia 22101
Phone: (703) 483-9600
Fax:   (703) 483-9599
Email: bbeiramee@beiramee.com

*Counsel for Defendants Shapiro, Brown & Alt, LLP and Professional Foreclosure Corporation of Virginia*
