| Case Name | Date Filed | Civil Cover Sheet | Original Venue | Current Venue | Original Assigned Judge | Current Assigned Judge | Status |
|---|---|---|---|---|---|---|---|
| *Moore* | Aug. 5, 2011 | First-filed case; First listed Plaintiff resides in Newport News | Newport News | Newport News | Allen | Allen | Lead case into which 5 other cases consolidate; stayed by Judge Allen with consent of parties |
| *Andrade, et al.* | Sept. 22, 2011 | Related to *Moore*; First listed Plaintiff resides in Fairfax County (Alexandria Division) | Norfolk | Norfolk | Smith | Allen | Consolidated with *Moore* for pretrial and settlement purposes only; stayed by Judge Allen with consent of parties |
| *Waters-Levy* | Nov. 1, 2011 | No related case; Plaintiff resides in Fairfax County (Alexandria Division) | Alexandria | Newport News | Lee | Allen | Consolidated with *Moore* for pretrial and settlement purposes only; stayed by Judge Allen with consent of parties |
| *Akbar* | Nov. 2, 2011 | No related case; Plaintiff resides in Fairfax County (Alexandria Division) | Alexandria | Newport News | Hilton | Allen | Consolidation denied by Judge Allen; stayed by Judge Allen with consent of parties |
| *Carlson* | May 8, 2012 | Related to *Moore*; No identification of Plaintiff's County of residence | Norfolk | n/a | Smith | n/a | Voluntarily dismissed by plaintiff |
| *Gudym* | June 1, 2012 | Related to *Moore*; No identification of Plaintiff's County of residence | Newport News | Newport News | Allen | Allen | Consolidated with *Moore* for pretrial and settlement purposes only; stayed by Judge Allen with consent of parties |
| *Payne* | June 6, 2012 | Related to *Moore*; No identification of Plaintiff's County of residence | Newport News | Newport News | Jackson | Jackson | Stayed by Judge Jackson with consent of parties |
| *MacNaughton* | June 14, 2012 | Related to *Moore*; Plaintiff resides in Fauquier County (Alexandria Division) | Newport News | Newport News | Smith | Allen | Consolidated with *Moore* for pretrial and settlement purposes only; stayed by Judge Allen with consent of parties |
| *Campos-Carranza* | June 14, 2012 | Related to *Moore*; Plaintiff resides in Prince William County (Alexandria Division) | Norfolk | Norfolk | Davis | Allen | Consolidated with *Moore* for pretrial and settlement purposes only; stayed by Judge Allen with consent of parties |
| *Redditt* | Sept. 18, 2012 | Related to *Moore*; No identification of Plaintiff's County of residence | Norfolk | Norfolk | Smith | Allen | Motion to dismiss under Fed. R. Civ. P. 12(b)(6) filed on Nov. 30, 2012 |

20226397v1