UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GEORGE BOYD, et al.,<br>*Individually and on behalf of*<br>*all others similarly situated,*<br><br>                 **Plaintiffs,**<br>v.<br><br>LAW OFFICES OF<br>SHAPIRO, BROWN & ALT, LLP,<br>f/k/a Law Offices of Shapiro<br>& Burson, LLP, et al.,<br><br>                 **Defendants.** | Civil Action No. 3:12-cv-700 |

## CONSENT ORDER

Before the Court is the Consent Motion for Enlargement of Time to File a Responsive Pleading to Defendants' Motion to Transfer Venue and to Consolidate, filed by Plaintiff GEORGE BOYD ("Plaintiff"), with the consent of Defendants SHAPIRO, BROWN & ALT, LLP ("SBA") and PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA ("PFC") (collectively, "Defendants"). Upon agreement of the parties and for good cause appearing, it is hereby

**ORDERED** that Plaintiff's Consent Motion for Enlargement of Time to File a Responsive Pleading to Defendants' Motion to Transfer Venue and to Consolidate is **GRANTED**. Plaintiff shall respond to Defendants' Motion on or before January 21, 2013, and Defendants' shall file a Reply to Plaintiff's response on or before January 31, 2013.

ENTERED THIS __16__ DAY OF JANUARY, 2013.

                                                         /s/ REP
                                        Judge, United States District Court
                                        for the Eastern District of Virginia

RECEIVED
JAN 14 2013
CLERK, U.S.

| WE ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| /s/ *[signature]* | /s/ *[signature]* |
| Kristi C. Kelly, VSB #72791<br>SUROVELL ISAACS PETERSEN & LEVY PLC<br>4010 University Drive, Second Floor<br>Fairfax, Virginia 22030<br>(703) 251-5400 – Telephone<br>(703) 591-9285 – Facsimile<br>Email: kkelly@siplfirm.com | John C. Lynch, VSB # 39267<br>Ethan G. Ostroff, VSB # 71610<br>TROUTMAN SANDERS LLP<br>222 Central Park Avenue, Suite 2000<br>Virginia Beach, Virginia 23462<br>Telephone: (757) 687-7765<br>Facsimile: (757) 687-1504<br>john.lynch@troutmansanders.com |
| Leonard A. Bennett, VSB #37523<br>Susan M. Rotkis, VSB #40693<br>CONSUMER LITIGATION ASSOCIATES, P.C.<br>763 J. Clyde Morris Blvd. 1-A<br>Newport News, VA 23601<br>(757) 930-3660 – Telephone<br>(757) 930-3662 – Facsimile<br>Email: lenbennett@clalegal.com<br>Email: srotkis@clalegal.com | Matthew Cohen, VSB #72097<br>Bizhan Beiramee, VSB #50918<br>Beiramee & Cohen, PC<br>7508 Wisconsin Avenue, Second Floor<br>Bethesda, MD 20814<br>(703) 483-9600 – Telephone<br>(703) 483-9599 – Facsimile<br>bbeiramee@beiramee.com<br><br>*Counsel for Defendants* |
| Matthew James Erausquin, VSB #65434<br>CONSUMER LITIGATION ASSOCIATES, P.C.<br>1800 Diagonal Road, Suite 600<br>Alexandria, VA 22314<br>(703) 273-6080 – Telephone<br>(888) 892-3512 – Facsimile<br>Email: matt@clalegal.com | |
| Dale Wood Pittman, VSB #15673<br>THE LAW OFFICE OF DALE W. PITTMAN, P.C.<br>112-A W. Tabb Street<br>Petersburg, VA 23803<br>(804) 861-6000 – Telephone<br>(804) 861-3368 – Facsimile<br>Email: dale@pittmanlawoffice.com | |
| *Counsel for Plaintiff* | |