## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| GEORGE BOYD, et al. *individually and on behalf of all others similarly situated*, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 3:12cv700<br>)<br>) |
| LAW OFFICES OF SHAPIRO, BROWN, & ALT, LLP, et al., | )<br>)<br>) |
| Defendants. | ) |

**PLAINTIFFS' SECOND MOTION FOR ENLARGEMENT OF TIME TO SUBMIT THEIR RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE AND CONSOLIDATE**

COME NOW the Plaintiffs, by counsel pursuant to Fed. R. Civ. P. 6(b), and move the Court for an Enlargement of Time to Submit Their Response in Opposition to Defendants' Motion to Transfer Venue and Consolidate for the reasons set forth in the Memorandum in Support of the same filed contemporaneously herewith. The Defendant consents to the enlargement sought herein.

Respectfully submitted,
**PLAINTIFFS,**
*individually and on behalf of all others similarly situated*


By: _____/s/_____
Of Counsel

Matthew J. Erausquin, VSB No. 65434
Janelle E. Mason, VSB No. 82389
Casey S. Nash, VSB No. 84261
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:   (703) 273-7700
Fax:   (888) 892-3512
matt@clalegal.com
janelle@clalegal.com
casey@clalegal.com


Kristi C. Kelly, Esq., VSB #72791
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Telephone 703.251.5400
Facsimile 703.591.9285
kkelly@siplfirm.com

Leonard A. Bennett, VSB#37523
Susan M. Rotkis, VSB#40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Telephone (757) 930-3660
Facsimile (757) 930-3662 Facsimile
lenbennett@clalegal.com
srotkis@clalegal.com

Dale Wood Pittman, VSB #15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
112-A W Tabb Street
Petersburg, VA 23803-3212
Telephone (804) 861-6000
Facsimile (804) 861-3368
dale@pittmanlawoffice.com

Matthew J. Erausquin, VSB No. 65434
Janelle E. Mason, VSB No. 82389
Casey S. Nash, VSB No. 84261
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:   (703) 273-7700
Fax:   (888) 892-3512
matt@clalegal.com
janelle@clalegal.com
casey@clalegal.com


Kristi C. Kelly, Esq., VSB #72791
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Telephone 703.251.5400
Facsimile 703.591.9285
kkelly@siplfirm.com

Leonard A. Bennett, VSB#37523
Susan M. Rotkis, VSB#40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Telephone (757) 930-3660
Facsimile (757) 930-3662 Facsimile
lenbennett@clalegal.com
srotkis@clalegal.com

Dale Wood Pittman, VSB #15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
112-A W Tabb Street
Petersburg, VA 23803-3212
Telephone (804) 861-6000
Facsimile (804) 861-3368
dale@pittmanlawoffice.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 22nd day of January, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John C. Lynch (VSB No. 39267)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
john.lynch@troutmansanders.com
megan.burns@troutmansanders.com
ethan.ostroff@troutmansanders.com
maryia.jones@troutmansanders.com

*Counsel for the Defendants*

                                                /s/
                                     Casey S. Nash, VSB No. 84261
                                     Consumer Litigation Associates, P.C.
                                     1800 Diagonal Road, Suite 600
                                     Alexandria, VA 22314
                                     Tel:    (703) 273-7700
                                     Fax:   (888) 892-3512
                                     casey@clalegal.com