### AFFIDAVIT OF JOSE PORTILLO

I, Jose Portillo, solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.

1) I am over the age of 18 and am qualified to provide the testimony herein.

2) I am a resident of Fairfax Virginia.

3) I was a paralegal in the Post Sale department at the Fairfax, Virginia office of the Law Firm of **Shapiro and Burson, LLP** located 13135 Lee Jackson Highway, Suite 201 Fairfax, Virginia 22033) where John S. Burson is the managing partner, from approximately April 30, 2008 until February 9, 2011.

4) My supervisor was Gloria Faria and Leanna Kennebeck.

5) In my capacity as a Paralegal, I was responsible for post auction sale processing of foreclosed properties including at one point tracking properties through the ratification procedure in the local circuit courts of Maryland and with my last task as an employee preparing Trustee's Deeds, processing and recording of these deeds in all Maryland counties transferring the foreclosed property back to the purchasing lender.

6) The Trustee's Deeds I prepared were to be executed by a lawyer in the firm who was to sign each deed as trustee transferring the foreclosed property back to the lender who purchased the property at auction.

7) I was also a Notary in the office and notarized some of the above referenced deeds.

8) I personally prepared and witnessed the preparation of deeds by other paralegals in the post sale department of Shapiro and Burson, LLP. I and other paralegals were directed to prepare these deeds with a signature line for William M. Savage, an attorney with the law firm of Shapiro and Burson, LLP.



9) The signature line for William M. Savage was included on each deed in his capacity as trustee transferring the property back to the lender after the foreclosure auction and ratification of sale.

10) I and the other paralegals in the department were instructed by Mr. Savage and Gloria Faria to prepare these deeds and place them in his office or adjoining room for review and signature at a later time.

11) I was told on more than one occasion by Mr. Savage that another attorney other than Mr. Savage would be coming in to review and sign Mr. Savage's name to each deed even though the deed represented that Mr. Savage was the signer.

12) I personally witnessed on more than one occasion an attorney by the name of Matthew McDowell who also works for the U.S Patent and Trademark Office, come in and review and sign William Savage's name to the deeds referenced above.

13) In my estimation approximately 70% to 75% of the deeds I and others prepared in my department were signed by Matthew McDowell using William Savage's name. Consisting of over one thousand deeds prepared by the entire department and later recorded.

14) Attached hereto as Exhibits ___#1, #2, #3 and #4___, are several deeds which purport to be the signature of William M. Savage but in fact are the signature of Matthew McDowell.

15) Attached hereto as Exhibits ___A, B and C___, are several deeds which reflect the true signature of William M. Savage.

16) After Mr. McDowell signed Mr. Savage's name on these deeds they were then returned to me and others in the office without Mr. Savage ever having examined the deed in question. At this time we were instructed to notarize the deeds.

17) The names of other notaries who were instructed in the same manner consist of: Sharon L. Huddleston (VA #263534), Maureen E. Bravo (VA #129034), Venetta A. Martin (VA #356730), Lisa M. Handy (VA #7332090), Dwight M. Taylor (VA #7332078), Nancy M. Dinnin (VA #7229644) and Drew W. Ernest (VA #7332086).

18) These deeds were then recorded in all Maryland Counties transferring the foreclosed property back to the purchasing lender comprising more than a thousand instruments.

19) A good number of trustee's deeds were sent to settlement attorneys performing the closing to record the instrument following the re-purchase of the property. A good number of said deeds were also signed by Matt McDowell.

20) In October of 2010 or around such time, the firm did change their policy to require each attorney to review and personally sign each deed prepared with their signature line. No reason was given for this policy change but the timeframe fell within the period the "robo-signing" controversy with lenders became public.

21) In addition to the deeds signed by Mr. McDowell, he also signed William Savage's name on accompanying Affidavits accompanying the deed at the time of recordation.

22) The aforesaid affidavits consisting of: Affidavit of Consideration with Attorney's Certificate, Affidavit of Non-Military Status, and Affidavit as to Total Payment.

23) I also on several occasions witnessed my supervisor, Gloria Faria signing John Burson's signature on affidavits and trustee's deeds. She would laugh it off and say to me "Mr. Burson has given me carte-blanche."

24) The deeds were recorded through out the state of Maryland in all twenty four counties.

25) The deed conveyed the title back to the many Lenders the firm represented, this practice was not limited to just one lender rather it applied to all.


I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.

3/1/2011
DATE

JOSE PORTILLO

31293 031

PROPERTY ID: 10-1096593
S & B No. 08-120087

### FEE SIMPLE TRUSTEE'S DEED

THIS TRUSTEE'S DEED is made this 18th day of June, 2009, by and between William M. Savage, SOLE ACTING SUBSTITUTE TRUSTEE, 13135 Lee Jackson Highway, Suite 201, Fairfax, Virginia 22033, Party of the First Part, and BANK OF AMERICA, N.A., 475 Cross Point Parkway, Getzville, NY 14068, the Party of the Second Part.

WITNESSETH THAT:

WHEREAS, by Deed of Trust dated March 1, 2007, and duly recorded among the land records of the COUNTY OF PRINCE GEORGE'S, in Liber/Book 27468 at Page 187, NICOLE DACRES AND ANTHONY MCCLENDON did grant and convey the property described hereinafter to PRLAP, INC., TRUSTEE(S), in trust to secure the payment of the original principal sum of $54,980.00, with interest thereon as stated in the promissory note (hereinafter referred to as "Note") evidencing said indebtedness; and

WHEREAS, John S. Burson, William M. Savage, Gregory N. Britto, Jason Murphy, Kristine D. Brown and Erik W. Yoder have been appointed by instrument duly recorded among the land records of the said COUNTY OF PRINCE GEORGE'S, as Substitute Trustees, any one of whom may act, to execute the Deed in accordance with the terms thereof to the same extent as is they had been originally designated as such Trustees; and

WHEREAS, the Party of the First Part, by the terms of said Deed of Trust, were empowered upon default in payment of principal of interest secured by said Deed of Trust and upon request of the beneficiary thereof to sell the hereinafter described real property (hereinafter referred to as "Property") at public auction; and

WHEREAS, the default was made in the payment of the Note, and the holder thereof requested said Party of the First Part to sell the Property pursuant to the power of sale contained in said Trust; and

WHEREAS, the Party of the First Part posted bond and advertised the place, time and terms of the sale, and exposed the Property to sale at public auction on February 5, 2009 at 12:40 PM, to the highest bidder for cash, all in strict accordance with the terms of the Deed of Trust, at which sale BANK OF AMERICA, N.A. became the purchaser of the property for the sum of Sixty-Six Thousand Dollars and No Cents ($66,000.00), that being the highest bid; and

WHEREAS, said sale was ratified by a Judge of the Circuit Court of the County in which the Property is located in Civil (Equity) No. CAE08-06950, on June 1, 2009;

WHEREAS, none of the parties in interest is entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act; and

NOW, THEREFORE, in consideration of the said property and the amount of the aforementioned prevailing bid paid by the Party of the Second Part to the Party of the First Part, at and before the sealing and delivery of this Deed, receipt of which is hereby acknowledged, which sum is to be appropriated and applied as provided in the Deed of Trust, the Party of the First Part grant and convey unto BANK OF AMERICA, N.A., the party of the Second Part WITH SPECIAL WARRANTY OF TITLE all of the following described Property, with its appurtenances, situated in COUNTY OF PRINCE GEORGE'S, Maryland, to wit:

SEE EXHIBIT A





EXHIBIT

31293 032

# EXHIBIT A

Being known and designated as Lot One Hundred Sixty (160) in Block 6 in a subdivision known as PLAT TWO, MILLBROOK as per plat thereof recorded in Plat Book NLP 103 at plat 5 among the Land Records of Prince George's County, Maryland.

31293 033

Property Address:    7505 WOODBINE DR, Laurel, MD 20707

WITNESS the hands and seals of the Party of the First Part:

_____

William M. Savage, SOLE ACTING SUBSTITUTE
TRUSTEE

STATE OF VIRGINIA
COUNTY OF FAIRFAX, to wit:

I, _Jose M. Portillo_____, a notary public for the Commonwealth of
Virginia, at large, do hereby certify that William M. Savage, SOLE ACTING SUBSTITUTE
TRUSTEE, as aforesaid, is personally well known to me and personally appeared before me and
acknowledged the foregoing Deed to be his/her act and deed.

Given under my hand this 18th day of June, 2009

My commission expires:  _08-31-2011_

_____
Notary Public

31293 034

## AFFIDAVIT OF CONSIDERATION
## ATTORNEY'S CERTIFICATE

I, William M. Savage, HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THE ACTUAL CONSIDERATION PAID OR TO BE PAID FOR THE AFOREGOING CONVEYANCE, INCLUDING THE AMOUNT OF ANY MORTGAGE OR DEED OF TRUST ASSUMED BY THE GRANTEE, IS IN THE SUM TOTAL OF $66,000.00; THAT THE FOREGOING DEED WAS PREPARED UNDER MY SUPERVISION; THAT I AM AN ATTORNEY ADMITTED TO PRACTICE BEFORE THE COURT OF APPEALS OF MARYLAND; AND THAT I AM ONE OF THE PARTIES TO THIS INSTRUMENT.

_____
William M. Savage

Return to:      SHAPIRO & BURSON, LLP
                13135 LEE JACKSON HIGHWAY
                SUITE 201
                FAIRFAX, VA 22033

31293 035

## AFFIDAVIT OF NON-MILITARY STATUS

I, William M. Savage, being first duly sworn on oath, depose and say that I am the agent of BANK OF AMERICA, and that to the best of my belief NICOLE DACRES AND ANTHONY MCCLENDON, is/are not in the military service of the U.S.; is/are not in the military service of any ally of the U.S.; has/have not been ordered to report for induction under the Selective Training and Service Act of 1940, as amended; is/are not a member of the Enlisted Reserve Corps who has been ordered to report for military service.

William M. Savage

STATE OF VIRGINIA
COUNTY OF FAIRFAX

Subscribed and sworn to before me, a Notary Public in and for the aforesaid jurisdiction this 18th day of June, 2009.

NOTARY PUBLIC

MY COMMISSION EXPIRES: _8-31. 2011_

JOSE M. PORTILLO
COMMONWEALTH
REGISTRATION NO.
7100494
MY COMM. EXPIRES
08/31/2011
OF VIRGINIA
NOTARY PUBLIC

31293 036

## AFFIDAVIT AS TO TOTAL PAYMENT

THE undersigned certifies under the penalties of perjury, that the following is true to the best of my/our knowledge, information and belief, in accordance with § 10-912(b)(2) of the Tax-General Article of the Annotated Code of Maryland, (the "Withholding Law"):

1)    That I am/we are the transferor(s), [or agent of the transferor(s) if so indicated], of that real property described in the accompanying deed.

2)    The amount of total payment for the purpose of the Withholding Law is $66,000.00.  This amount is to be audited by a court appointed Auditor pursuant to Maryland Rule 2-543.

3)    That pursuant to § 10-912(d)(3) said transfer is exempt as it is transferred pursuant to a foreclosure.

Dated this _18th_ day of _June_ , 2009

WITNESS:                                         TRANSFEROR(S)

_____          _____
                                                      WILLIAM M. SAVAGE, SOLE ACTING
                                                      SUBSTITUTE TRUSTEE

31170   256

Clerk of the
Circuit Court

2009 NOV 19 AM 8: 24

PR GEO CO MD #68

PROPERTY ID: 06-0583328
S & B No. 07-116603P

## FEE SIMPLE TRUSTEE'S DEED

THIS TRUSTEE'S DEED is made this 13th day of October, 2009, by and between William M. Savage, SOLE ACTING SUBSTITUTE TRUSTEE, 13135 Lee Jackson Highway, Suite 201, Fairfax, Virginia 22033, Party of the First Part, and U.S. BANK, N.A., TRUSTEE FOR LEHMAN BROTHERS - BNC MORTGAGE LOAN TRUST 2007-2, 10790 Rancho Bernardo Rd., San Diego, CA 92127, the Party of the Second Part.

WITNESSETH THAT:

WHEREAS, by Deed of Trust dated February 9, 2007, and duly recorded among the land records of the COUNTY OF PRINCE GEORGE'S, in Liber/Book 27266 at Page 416, RAYMOND E. ATKINSON AND MARY E. ATKINSON did grant and convey the property described hereinafter to VINH PHAM, TRUSTEE(S), in trust to secure the payment of the original principal sum of $200,600.00, with interest thereon as stated in the promissory note (hereinafter referred to as "Note") evidencing said indebtedness; and

WHEREAS, John S. Burson, William M. Savage, Gregory N. Britto, Jason Murphy, Kristine D. Brown and Erik W. Yoder have been appointed by instrument duly recorded among the land records of the said COUNTY OF PRINCE GEORGE'S, as Substitute Trustees, any one of whom may act, to execute the Deed in accordance with the terms thereof to the same extent as is they had been originally designated as such Trustees; and

WHEREAS, the Party of the First Part, by the terms of said Deed of Trust, were empowered upon default in payment of principal of interest secured by said Deed of Trust and upon request of the beneficiary thereof to sell the hereinafter described real property (hereinafter referred to as "Property") at public auction; and

WHEREAS, the default was made in the payment of the Note, and the holder thereof requested said Party of the First Part to sell the Property pursuant to the power of sale contained in said Trust; and

WHEREAS, the Party of the First Part posted bond and advertised the place, time and terms of the sale, and exposed the Property to sale at public auction on January 23, 2008 at 3:18 PM, to the highest bidder for cash, all in strict accordance with the terms of the Deed of Trust, at which sale U.S. BANK, N.A., TRUSTEE FOR LEHMAN BROTHERS - BNC MORTGAGE LOAN TRUST 2007-2 became the purchaser of the property for the sum of Two Hundred Eleven Thousand Dollars and No Cents ($211,000.00), that being the highest bid; and

WHEREAS, said sale was ratified by a Judge of the Circuit Court of the County in which the Property is located in Civil (Equity) No. CAE07-33794, on August 28, 2009;

WHEREAS, none of the parties in interest is entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act; and

NOW, THEREFORE, in consideration of the said property and the amount of the aforementioned prevailing bid paid by the Party of the Second Part to the Party of the First Part, at and before the sealing and delivery of this Deed, receipt of which is hereby acknowledged, which sum is to be appropriated and applied as provided in the Deed of Trust, the Party of the First Part grant and convey unto U.S. BANK, N.A., TRUSTEE FOR LEHMAN BROTHERS - BNC MORTGAGE LOAN TRUST 2007-2, the party of the Second Part WITH SPECIAL WARRANTY OF TITLE all of the following described Property, with its appurtenances, situated in COUNTY OF PRINCE GEORGE'S, Maryland, to wit:

SEE EXHIBIT A

PROPERTY ADDRESS:     4017 24TH PL, TEMPLE HILLS, MD 20748



EXHIBIT

31170   257

WITNESS the hands and seals of the Party of the First Part:

William M. Savage,  SOLE ACTING SUBSTITUTE TRUSTEE

STATE OF VIRGINIA
COUNTY OF FAIRFAX, to wit:

I, Jose M. Portillo, a notary public for the Commonwealth of Virginia, at large, do hereby certify that William M. Savage, Attorney, SOLE ACTING SUBSTITUTE TRUSTEE, as aforesaid, is personally well known to me and personally appeared before me and acknowledged the foregoing Deed to be his/her act and deed.

Given under my hand this 13th day of October, 2009

My commission expires: August 31, 2011

Notary Public

JOSE M. PORTILLO
COMMONWEALTH
REGISTRATION NO.
7100496
MY COMM. EXPIRES
08/31/2011
OF VIRGINIA
NOTARY PUBLIC

31170   258

## LEGAL DESCRIPTION
### EXHIBIT A

Being known and designated as Lot Numbered Twenty-seven (27) in Block Lettered "C" in a subdivision known as "MEYERS ADDITION TO HILLCREST HEIGHTS" as per plat thereof recorded in Plat Book WWW 20 at plat 31 among the Land Records of Prince George's County, Maryland.

Being in the 6th Election District of said County.

Property address: 4017 24th Place, Temple Hills, MD 20748.
Tax Identification No: 06-0583328.

31170    259

## AFFIDAVIT OF CONSIDERATION
### ATTORNEY'S CERTIFICATE

I, William M. Savage, HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THE ACTUAL CONSIDERATION PAID OR TO BE PAID FOR THE AFOREGOING CONVEYANCE, INCLUDING THE AMOUNT OF ANY MORTGAGE OR DEED OF TRUST ASSUMED BY THE GRANTEE, IS IN THE SUM TOTAL OF $211,000.00; THAT THE FOREGOING DEED WAS PREPARED UNDER MY SUPERVISION; THAT I AM AN ATTORNEY ADMITTED TO PRACTICE BEFORE THE COURT OF APPEALS OF MARYLAND; AND THAT I AM ONE OF THE PARTIES TO THIS INSTRUMENT.

William M. Savage

Return to:      SHAPIRO & BURSON, LLP
                13135 LEE JACKSON HIGHWAY
                SUITE 201
                FAIRFAX, VA 22033

AFFIDAVIT OF NON-MILITARY STATUS       31170     260

I, William M. Savage, being first duly sworn on oath, depose and say that I am the agent of U.S. BANK, N.A., TRUSTEE FOR LEHMAN BROTHERS - BNC MORTGAGE LOAN TRUST 2007-2, and that to the best of my belief RAYMOND E. ATKINSON AND MARY E. ATKINSON, is/are not in the military service of the U.S.; is/are not in the military service of any ally of the U.S.; has/have not been ordered to report for induction under the Selective Training and Service Act of 1940, as amended; is/are not a member of the Enlisted Reserve Corps who has been ordered to report for military service.

_____
William M. Savage

STATE OF VIRGINIA
COUNTY OF FAIRFAX

Subscribed and sworn to before me, a Notary Public in and for the aforesaid jurisdiction this 13th day of October, 2009.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: August 31, 2011



AFFIDAVIT AS TO TOTAL PAYMENT 31170    261

THE undersigned certifies under the penalties of perjury, that the following is true to the best of my/our knowledge, information and belief, in accordance with § 10-912(b)(2) of the Tax-General Article of the Annotated Code of Maryland, (the "Withholding Law"):

1)      That I am/we are the transferor(s), [or agent of the transferor(s) if so indicated], of that real property described in the accompanying deed.

2)      The amount of total payment for the purpose of the Withholding Law is $211,000.00. This amount is to be audited by a court appointed Auditor pursuant to Maryland Rule 2-543.

3)      That pursuant to § 10-912(d)(3) said transfer is exempt as it is transferred pursuant to a foreclosure.

Dated this _13th_ day of _October_, 2009

WITNESS:

TRANSFEROR(S)

WILLIAM M. SAVAGE, SOLE ACTING SUBSTITUTE TRUSTEE

PROPERTY ID: 02-903-90085042
S & B No. 09-146303P

## FEE SIMPLE TRUSTEE'S DEED

THIS TRUSTEE'S DEED is made this 17th day of November, 2009, by and between William M. Savage, SOLE ACTING SUBSTITUTE TRUSTEE, 13135 Lee Jackson Highway, Suite 201, Fairfax, Virginia 22033, Party of the First Part, and FEDERAL NATIONAL MORTGAGE ASSOCIATION, P. O. BOX 650043, DALLAS, TX 75265-0043, the Party of the Second Part.

WITNESSETH THAT:

WHEREAS, by Deed of Trust dated October 21, 2004, and duly recorded among the land records of the COUNTY OF ANNE ARUNDEL, in Liber/Book 15696 at Page 762, JENNIFER E. MASON did grant and convey the property described hereinafter to LARRY F. PRATT OF FAIRFAX COUNTY, VIRGINIA, TRUSTEE(S), in trust to secure the payment of the original principal sum of $256,000.00, with interest thereon as stated in the promissory note (hereinafter referred to as "Note") evidencing said indebtedness; and

WHEREAS, John S. Burson, William M. Savage, Gregory N. Britto, Jason Murphy, Kristine D. Brown and Erik W. Yoder have been appointed by instrument duly recorded among the land records of the said COUNTY OF ANNE ARUNDEL, as Substitute Trustees, any one of whom may act, to execute the Deed in accordance with the terms thereof to the same extent as if they had been originally designated as such Trustees; and

WHEREAS, the Party of the First Part, by the terms of said Deed of Trust, were empowered upon default in payment of principal of interest secured by said Deed of Trust and upon request of the beneficiary thereof to sell the hereinafter described real property (hereinafter referred to as "Property") at public auction; and

WHEREAS, the default was made in the payment of the Note, and the holder thereof requested said Party of the First Part to sell the Property pursuant to the power of sale contained in said Trust; and

WHEREAS, the Party of the First Part posted bond and advertised the place, time and terms of the sale, and exposed the Property to sale at public auction on June 4, 2009 at 4:00 PM, to the highest bidder for cash, all in strict accordance with the terms of the Deed of Trust, at which sale Federal National Mortgage Association became the purchaser of the property for the sum of Two Hundred Fifty-Two Thousand Dollars and No Cents ($252,000.00), that being the highest bid; and

WHEREAS, said sale was ratified by a Judge of the Circuit Court of the County in which the Property is located in Civil (Equity) No. 02-C-09-140222, on November 6, 2009;

WHEREAS, none of the parties in interest is entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act; and

NOW, THEREFORE, in consideration of the said property and the amount of the aforementioned prevailing bid paid by the Party of the Second Part to the Party of the First Part, at and before the sealing and delivery of this Deed, receipt of which is hereby acknowledged, which sum is to be appropriated and applied as provided in the Deed of Trust, the Party of the First Part grant and convey unto Federal National Mortgage Association, the party of the Second Part WITH SPECIAL WARRANTY OF TITLE all of the following described Property, with its appurtenances, situated in COUNTY OF ANNE ARUNDEL, Maryland, to wit:

SEE EXHIBIT A

PROPERTY ADDRESS:       2537 WINDY OAK COURT, CROFTON, MD 21114

Tax-Exempt-per-12-U.S.C.-§-1723(a)(c)(2)Exempt From Maryland Withholding Require
AA CIRCUIT COURT Tax-General-Article-Pursuant to Section-10-912(d)(3)(i) as a Foreclosure Transfer 2010.



**EXHIBIT**

3

BK 2232 1PG0120

WITNESS the hands and seals of the Party of the First Part:

_____
William M. Savage, SOLE ACTING SUBSTITUTE
TRUSTEE

STATE OF VIRGINIA
COUNTY OF FAIRFAX, to wit:

I, Jose M. Portillo, a notary public for the Commonwealth of Virginia, at large, do hereby certify that William M. Savage, Attorney, SOLE ACTING SUBSTITUTE TRUSTEE, as aforesaid, is personally well known to me and personally appeared before me and acknowledged the foregoing Deed to be his/her act and deed.

Given under my hand this 17th day of November, 2009

My commission expires: August 31, 2011

_____
Notary Public

JOSE M. PORTILLO
COMMONWEALTH
REGISTRATION NO.
7100496
MY COMM. EXPIRES
08/31/2011
OF VIRGINIA
NOTARY PUBLIC

BK 2 2 3 2 7 PG 0 1 2 1

# LEGAL DESCRIPTION

BEING KNOWN AND DESIGNATED as Lot No. 36 as shown on plat entitled "Amended Plat 3 of 5, Walden Planned Unit Development, Phase 1 – Section Eight, Resubdivision. Section Eight, Phase One, Resubdivision Section Eight, Phase Two recorded in Plat Book 125 Plat 6539, page 15 recorded in Plat Book 134, Plat 70007, page 34, respectively", which plat is recorded among the Land Records of Anne Arundel County, Maryland in Plat Book 163, page 1.

BK 2 2 3 2 1 PG 0 1 2 2

AFFIDAVIT OF CONSIDERATION
ATTORNEY'S CERTIFICATE

I, William M. Savage, HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THE ACTUAL CONSIDERATION PAID OR TO BE PAID FOR THE AFOREGOING CONVEYANCE, INCLUDING THE AMOUNT OF ANY MORTGAGE OR DEED OF TRUST ASSUMED BY THE GRANTEE, IS IN THE SUM TOTAL OF $252,000.00; THAT THE FOREGOING DEED WAS PREPARED UNDER MY SUPERVISION; THAT I AM AN ATTORNEY ADMITTED TO PRACTICE BEFORE THE COURT OF APPEALS OF MARYLAND; AND THAT I AM ONE OF THE PARTIES TO THIS INSTRUMENT.

_____
William M. Savage

Return to:     SHAPIRO & BURSON, LLP
               13135 LEE JACKSON HIGHWAY
               SUITE 201
               FAIRFAX, VA 22033

Tax Exempt per 12 U.S.C. § 1723(a)(c)(2) Exempt From Maryland Withholding Requirements of Section 10.912
AA CIRCUIT COURT (Tax-General Article) Pursuant to Section 10.912(d)(3)(ii) as a Foreclosure Transfer 5/2010.

BK 22327 PG 0123

## AFFIDAVIT OF NON-MILITARY STATUS

I, William M. Savage, being first duly sworn on oath, depose and say that I am the agent of WELLS FARGO BANK, N.A., and that to the best of my belief JENNIFER E. MASON, is/are not in the military service of the U.S.; is/are not in the military service of any ally of the U.S.; has/have not been ordered to report for induction under the Selective Training and Service Act of 1940, as amended; is/are not a member of the Enlisted Reserve Corps who has been ordered to report for military service.

_____
William M. Savage

STATE OF VIRGINIA
COUNTY OF FAIRFAX

Subscribed and sworn to before me, a Notary Public in and for the aforesaid jurisdiction this <u>17th day of November, 2009</u>.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: August 31, 2011



JOSE M. PORTILLO
COMMONWEALTH
REGISTRATION NO.
7100496
MY COMM. EXPIRES
08/31/2011
OF VIRGINIA
NOTARY PUBLIC

( [ ] Check Box if Addendum Intake Form is Attached.)

**1 — Type(s) of Instruments**

| 1 | Deed | Mortgage | Other | Other |
|---|---|---|---|---|
| 2 | Deed of Trust | Lease | | |

**2 — Conveyance Check Box**

| X | Improved Sale Arms-Length [1] | Unimproved Sale Arms-Length [2] | Multiple Arms Length [3] | Not an Arms-Length Sale [9] |
|---|---|---|---|---|

**3 — Tax Exemptions (if Applicable) Cite or Explain Authority**

Recordation
State Transfer
County Transfer

**4 — Consideration and Tax Calculations**

| Consideration | Amount | Finance Office Use Only |
|---|---|---|
| | | Transfer and Recordation Tax Consideration |
| Purchase Price/Consideration | $ 319,000.00 | |
| Any New Mortgage | $ 313,186.00 | Transfer Tax Consideration $ |
| Balance of Existing Mortgage | $ | x ( ) % = $ |
| Other: | $ | Less Exemption Amount - $ |
| | | Total Transfer Tax $ |
| Other: | $ | Recordation Tax Consideration $ |
| | | x ( ) per $500 = $ |
| Full Cash Value | $ 319,000.00 | TOTAL DUE $ |

**5 — Fees**

| Amount of Fees | Doc. 1 | Doc. 2 | |
|---|---|---|---|
| Recording Charge | $ 20.00 | $ 40.00 | Agent: |
| Surcharge | $ 20.00 | $ 0.00 | Tax Bill: |
| State Recordation Tax | $ 2,233.00 | $ 0.00 | |
| State Transfer Tax | $ 797.50 | $ 0.00 | C.B. Credit: |
| County Transfer Tax | $ 0.00 | $ 0.00 | |
| Other | $ | $ | Ag. Tax/Other: |
| Other | $ | $ | |

**6 — Description of Property**

SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in the Real Property Article Section 3-104(g)(3)(i).

| District | Property Tax ID No.(1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|
| | | / | | | [ ] (5) |
| Subdivision Name | | Lot (3a) | Block(3b) | Sect/AR(3c) | Plat Ref. | SqFt/Acreage(4) |

Location/Address of Property Being Conveyed (2)
2537 Windy Oak Court, Crofton, MD 21114

Other Property Identifiers (if applicable) — Water Meter Account No.

Residential [ X ] or Non-Residential [ ]   Fee Simple [ X ] or Ground Rent [ ]   Amount: $N/A
Partial Conveyance? [ ] Yes [ X ] No   Description/Amt. of SqFt/Acreage Transferred:   N/A

If Partial Conveyance, List Improvements Conveyed: N/A

**7 — Transferred From**

| Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|
| Fannie Mae, A/K/A, Federal National Mortgage Association | Kevin Pepe Brian Pepe |
| Doc. 1 - Owner(s) of Record, if Different from Grantor(s) | Doc. 2 – Owner(s) of Record, if Different from Grantor(s) |

**8 — Transferred To**

| Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|
| Kevin Pepe Brian Pepe | First Home Mortgage Corporation |

New Owner's (Grantee) Mailing Address
2537 Windy Oak Court, Crofton, MD 21114

**9 — Other Names to Be Indexed**

| Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 - Additional Names to be Indexed (Optional) |
|---|---|

**10 — Contact/Mail Information**

Instrument Submitted By or Contact Person        [ X ] Return to Contact Person

Name: alltechts6
Firm: ATG
Address: 12150 Monument Dr., Suite 125, Fairfax, VA 22033
Phone:

[ ] Hold for Pickup
[ ] Return Address Provided

**11** IMPORTANT: *BOTH THE ORIGINAL DEED AND A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER*

Assessment Information

[ X ] Yes [ ] No   Will the property being conveyed be the grantee's principal residence?
[ ] Yes [ X ] No   Does transfer include personal property? If yes, identify: _____
[ X ] Yes [ ] No   Was property surveyed? If yes, attach copy of survey (if recorded, no copy required)

Assessment Use Only - Do Not Write Below This Line

[ ] Terminal Verification  [ ] Agricultural Verification  [ ] Whole  [ ] Part  [ ] Tran. Process Verification

| Transfer Number: | Date Received: | Deed Reference: | Assigned Property No.: | | |
|---|---|---|---|---|---|
| Year | | Geo. | Map | Sub | Block |
| Land | | Zoning | Grid | Plat | Lot |
| Buildings | | Use | Parcel | Section | Occ. Cd |

BK 2 2 2 7 5 PG 0 4 3 5

PROPERTY ID: 06-018-90098613
S & B No. 08-134951

## FEE SIMPLE TRUSTEE'S DEED

THIS TRUSTEE'S DEED is made this 11th day of November, 2009, by and between William M. Savage, SOLE ACTING SUBSTITUTE TRUSTEE, 13135 Lee Jackson Highway, Suite 201, Fairfax, Virginia 22033, Party of the First Part, and <u>U.S. Bank National Association, as Trustee</u> for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2005-11, 10790 Rancho Bernardo Rd., San Diego, CA 92127, the Party of the Second Part.

WITNESSETH THAT:

WHEREAS, by Deed of Trust dated July 28, 2005, and duly recorded among the land records of the COUNTY OF ANNE ARUNDEL, in Liber/Book 16708 at Page 0556, JOSE D. VENTURA AND AGUSTINA VENTURA did grant and convey the property described hereinafter to THE FOUNTAINHEAD TITLE GROUP, TRUSTEE(S), in trust to secure the payment of the original principal sum of $248,000.00, with interest thereon as stated in the promissory note (hereinafter referred to as "Note") evidencing said indebtedness; and

WHEREAS, John S. Burson, William M. Savage, Gregory N. Britto, Jason Murphy, Kristine D. Brown and Erik W. Yoder have been appointed by instrument duly recorded among the land records of the said COUNTY OF ANNE ARUNDEL, as Substitute Trustees, any one of whom may act, to execute the Deed in accordance with the terms thereof to the same extent as they had been originally designated as such Trustees; and

WHEREAS, the Party of the First Part, by the terms of said Deed of Trust, were empowered upon default in payment of principal of interest secured by said Deed of Trust and, upon request of the beneficiary thereof to sell the hereinafter described real property (hereinafter referred to as "Property") at public auction; and

WHEREAS, the default was made in the payment of the Note, and the holder thereof requested said Party of the First Part to sell the Property pursuant to the power of sale contained in said Trust; and

WHEREAS, the Party of the First Part posted bond and advertised the place, time and terms of the sale, and exposed the Property to sale at public auction on August 18, 2009 at 4:37 PM, to the highest bidder for cash, in all strict accordance with the terms of the Deed of Trust, at which sale U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2005-11 became the purchaser of the property for the sum of One Hundred Sixty-Nine Thousand Three Hundred Forty-Four Dollars and No Cents ($169,344.00), that being the highest bid; and

WHEREAS, said sale was ratified by a Judge of the Circuit Court of the County in which the Property is located in Civil (Equity) No. 02-C-09-141569, on October 2, 2009;

WHEREAS, none of the parties in interest is entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act; and

NOW, THEREFORE, in consideration of the said property and the amount of the aforementioned prevailing bid paid by the Party of the Second Part to the Party of the First Part, at and before the sealing and delivery of this Deed, receipt of which is hereby acknowledged, which sum is to be appropriated and applied as provided in the Deed of Trust, the Party of the First Part grant and convey unto U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2005-11, the party of the Second Part WITH SPECIAL WARRANTY OF TITLE all of the following described Property, with its appurtenances, situated in COUNTY OF ANNE ARUNDEL, Maryland, to wit:

SEE EXHIBIT A

PROPERTY ADDRESS:      30 A AMBERSTONE CT, ANNAPOLIS, MD 21403



ACCT. 6018-9008-2613
ALL LIENS ARE PAID AS
OF 5/19/10 A.A. COUNTY
BY: Lyn

AA CIRCUIT COURT [SE 99-22619] RPD 22275. p. 0435. Printed 02/12/2011. Online 05/21/2010.


EXHIBIT

BK 22275 PG 0436

WITNESS the hands and seals of the Party of the First Part:

_____

William M. Savage, SOLE ACTING SUBSTITUTE TRUSTEE

STATE OF VIRGINIA
COUNTY OF FAIRFAX, to wit:

I, Jose M. Portillo, a notary public for the Commonwealth of Virginia, at large, do hereby certify that William M. Savage, Attorney, SOLE ACTING SUBSTITUTE TRUSTEE, as aforesaid, is personally well known to me and personally appeared before me and acknowledged the foregoing Deed to be his/her act and deed.

Given under my hand this 11th day of November, 2009

My commission expires: August 31, 2011

_____
Notary Public

BK 2 2 2 7 5 PG 0 4 3 7 I

BEING KNOWN AND DESIGNATED as Unit No. 30A, Annapolis Overlook Condominium as set forth in a Declaration of Condominium recorded among the Land Records of Anne Arundel County, Maryland in Liber 5078, folio 410, et seq., and any and all amendments thereto, specifically, the Sixteenth Amendment to Declaration of Condominium for Annapolis Overlook Condominium expanding the condominium to include Phase 18 recorded among the Land Records of Anne Arundel County, Maryland in Liber 8059, folio 668 and as shown on Condominium Plats entitled, "PHASE 18, BUILDING 10, PLAT OF CONDOMINIUM SUBDIVISION ANNAPOLIS OVERLOOK PREVIOUSLY RECORDED IN ANNAPOLIS OVERLOOK LOTS 1 AND 2", recorded among the Land Records of Anne Arundel County, Maryland in Condominium Plat Book 85, Page 38, et seq., as Plats E4438, et seq. The improvements thereon being known as No. 30-A Amberstone Court, Unit #30A.

TAX ID# 06-018-90098613

SUBJECT also to that certain Annapolis Overlook Subdivision Water and Sewer Deed and Agreement for Facilities Assessments dated 6/18/1997, and recorded among the Land Records of Anne Arundel County, Maryland in Liber 7968, folio 071 between CLT Utilities, Inc. and Builders Management Group of Maryland, L.L.C., concerning a $450.00 annual water and sewer assessment ($225.00 water and $225.00 sewer).

Together with an undivided percentage interest in the common elements, limited common elements, common expenses and common profits of the aforesaid Condominium, and all the rights privileges and powers reserved for the benefit of each and every unit owner under and pursuant to the Declaration and By-Laws aforesaid.

BK 2 2 2 7 5 PG 0 4 3 8

## AFFIDAVIT OF CONSIDERATION
## ATTORNEY'S CERTIFICATE

I, William M. Savage, HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THE ACTUAL CONSIDERATION PAID OR TO BE PAID FOR THE AFOREGOING CONVEYANCE, INCLUDING THE AMOUNT OF ANY MORTGAGE OR DEED OF TRUST ASSUMED BY THE GRANTEE, IS IN THE SUM TOTAL OF $169,344.00; THAT THE FOREGOING DEED WAS PREPARED UNDER MY SUPERVISION; THAT I AM AN ATTORNEY ADMITTED TO PRACTICE BEFORE THE COURT OF APPEALS OF MARYLAND; AND THAT I AM ONE OF THE PARTIES TO THIS INSTRUMENT.

William M. Savage

Return to:       SHAPIRO & BURSON, LLP
                 13135 LEE JACKSON HIGHWAY
                 SUITE 201
                 FAIRFAX, VA 22033

BK 2 2 2 7 5 PG 0 4 3 9

## AFFIDAVIT OF NON-MILITARY STATUS

I, William M. Savage, being first duly sworn on oath, depose and say that I am the agent of U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through                    Certificates,                    Series                    2005-11
, and that to the best of my belief JOSE D. VENTURA AND AGUSTINA VENTURA, is/are not in the military service of the U.S.; is/are not in the military service of any ally of the U.S.; has/have not been ordered to report for induction under the Selective Training and Service Act of 1940, as amended; is/are not a member of the Enlisted Reserve Corps who has been ordered to report for military service.

_____
William M. Savage

STATE OF VIRGINIA
COUNTY OF FAIRFAX

Subscribed and sworn to before me, a Notary Public in and for the aforesaid jurisdiction this <u>11th</u> <u>day of November, 2009</u>.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:  August 31, 2011



| 2 | Conveyance Type Check Box | Deed of Trust | Lease | | | Space Reserved for Grantor |
|---|---|---|---|---|---|---|
| | | ✓ Improved Sale Arms-Length [1] | Unimproved Sale Arms-Length [2] | Multiple Accounts Arms-Length [3] | Not an Arms-Length Sale [9] | |

| 3 | Tax Exemptions (if applicable) Cite or Explain Authority | Recordation | |
|---|---|---|---|
| | | State Transfer | |
| | | County Transfer | |

**Finance Office Use Only**
**Transfer and Recordation Tax Consideration**

| 4 | Consideration and Tax Calculations | Consideration Amount | | | | |
|---|---|---|---|---|---|---|
| | | Purchase Price/Consideration | $ 169,344.00 | Transfer Tax Consideration | $ | |
| | | Any New Mortgage | $ | X ( ) % = | $ | |
| | | Balance of Existing Mortgage | $ | Less Exemption Amount − | $ | |
| | | Other: | $ | Total Transfer Tax = | $ | |
| | | Other: | $ | Recordation Tax Consideration | $ | |
| | | | | X ( ) per $500 = | $ | |
| | | Full Cash Value: | $ | TOTAL DUE | $ | |

| 5 | Fees | Amount of Fees | Doc. 1 | Doc. 2 | | |
|---|---|---|---|---|---|---|
| | | Recording Charge | $ 40.00 | $ | Agent: | |
| | | Surcharge | $ | $ | Tax Bill: | |
| | | State Recordation Tax | $ 1,185.41 | $ | | |
| | | State Transfer Tax | $ 846.72 | $ | C.B. Credit: | |
| | | County Transfer Tax | $ 1,693.44 | $ | | |
| | | Other | $ | $ | Ag. Tax/Other: | |
| | | Other | $ | $ | | |

| 6 | Description of Property | District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | | Parcel No. | Var. LOG (5) |
|---|---|---|---|---|---|---|---|---|
| | SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i). | 06 | 018-90098813 | 16708 at Page 0556 | | | | |
| | | Subdivision Name | | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4) |

Location/Address of Property Being Conveyed (2)
30 A AMBERSTONE CT, ANNAPOLIS, MD 21403

Other Property Identifiers (if applicable) — Water Meter Account No.

Residential ✓ or Non-Residential ☐    Fee Simple ✓ or Ground Rent ☐    Amount:
Partial Conveyance? ☐ Yes ✓ No    Description/Amt. of SqFt/Acreage Transferred:
If Partial Conveyance, List Improvements Conveyed:

| 7 | Transferred From | Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|---|---|
| | | William M. Savage, Substitute Trustee | |
| | | Doc. 1 – Owner(s) of Record, if Different from Grantor(s) | Doc. 2 – Owner(s) of Record, if Different from Grantor(s) |

| 8 | Transferred To | Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|---|---|
| | | U.S. Bank National Association, as Trustee | |

New Owner's (Grantee) Mailing Address
10790 Rancho Bernardo Rd San Diego, CA 92127

| 9 | Other Names to Be Indexed | Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 – Additional Names to be Indexed (Optional) |
|---|---|---|---|
| | | | |

| 10 | Contact/Mail Information | Instrument Submitted By or Contact Person | ✓ Return to Contact Person |
|---|---|---|---|
| | | Name: JPortillo | ☐ Hold for Pickup |
| | | Firm   SHAPIRO & BURSON, LLP | |
| | | Address: 13135 Lee Jackson Hwy, Suite 201 Fairfax, Va. 22033 | |
| | | Phone: (703) 261-7459 | ☐ Return Address Provided |

**11   IMPORTANT:** *BOTH* THE ORIGINAL DEED *AND* A PHOTCOPY MUST ACCOMPANY EACH TRANSFER

| | Assessment Information | | Yes | ✓ No | Will the property being conveyed be the grantee's principal residence? |
|---|---|---|---|---|---|
| | | | Yes | ✓ No | Does transfer include personal property? If yes, identify: |
| | | | Yes | ✓ No | Was property surveyed? If yes, attach copy of survey (if recorded, no copy required). |

**Assessment Use Only – Do Not Write Below This Line**

| County Validation | Terminal Verification | Agricultural Verification | Whole      Part | Tran. Process Verification |
|---|---|---|---|---|
| | Transfer Number | Date Received: | Deed Reference: | Assigned Property No. |
| | Year | 20 | 20 | Geo. | Map | Sub | Block |
| | Land | | | Zoning | Grid | Plat | Lot |
| | Buildings | | | Use | Parcel | Section | Occ. Cd. |

31136   070

PROPERTY ID:  20-2227866
S & B No. 08-123697

Clerk of the
Circuit Court

2009 NOV -9   AM 10: 22

PR GEO CO LND #68

### FEE SIMPLE TRUSTEE'S DEED

THIS TRUSTEE'S DEED is made this 27th day of March, 2009, by and between William M. Savage, SOLE ACTING SUBSTITUTE TRUSTEE, 13135 Lee Jackson Highway, Suite 201, Fairfax, Virginia  22033, Party of the First Part, and UNDERLINED: EDUCATIONAL SYSTEMS FEDERAL CREDIT UNION, 19 D Chapin Road, Pine Brook, NJ  07058, the Party of the Second Part.

WITNESSETH THAT:

WHEREAS, by Deed of Trust dated October 2, 2006, and duly recorded among the land records of the COUNTY OF PRINCE GEORGE'S, in Liber/Book 26874 at Page 316, LOVERN J. LOUIS did grant and convey the property described hereinafter to JANET RINALDI, TRUSTEE(S), in trust to secure the payment of the original principal sum of $363,500.00, with interest thereon as stated in the promissory note (hereinafter referred to as "Note") evidencing said indebtedness; and

WHEREAS, John S. Burson, William M. Savage, Gregory N. Britto, Jason Murphy, Kristine D. Brown and Erik W. Yoder have been appointed by instrument duly recorded among the land records of the said COUNTY OF PRINCE GEORGE'S, as Substitute Trustees, any one of whom may act, to execute the Deed in accordance with the terms thereof to the same extent as is they had been originally designated as such Trustees; and

WHEREAS, the Party of the First Part, by the terms of said Deed of Trust, were empowered upon default in payment of principal of interest secured by said Deed of Trust and upon request of the beneficiary thereof to sell the hereinafter described real property (hereinafter referred to as "Property") at public auction; and

WHEREAS, the default was made in the payment of the Note, and the holder thereof requested said Party of the First Part to sell the Property pursuant to the power of sale contained in said Trust; and

WHEREAS, the Party of the First Part posted bond and advertised the place, time and terms of the sale, and exposed the Property to sale at public auction on September 16, 2008 at 1:10 PM, to the highest bidder for cash, all in strict accordance with the terms of the  Deed of Trust, at which sale EDUCATIONAL SYSTEMS FEDERAL CREDIT UNION became the purchaser of the property for the sum of Three Hundred Thousand Dollars and No Cents ($300,000.00), that being the highest bid; and

WHEREAS, said sale was ratified by a Judge of the Circuit Court of the County in which the Property is located in Civil (Equity) No. cae08-17240, on December 24, 2008;

WHEREAS, none of the parties in interest is entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act; and

NOW, THEREFORE, in consideration of the said property and the amount of the aforementioned prevailing bid paid by the Party of the Second Part to the Party of the First Part, at and before the sealing and delivery of this Deed, receipt of which is hereby acknowledged, which sum is to be appropriated and applied as provided in the Deed of Trust, the Party of the First Part grant and convey unto EDUCATIONAL SYSTEMS FEDERAL CREDIT UNION, the party of the Second Part WITH SPECIAL WARRANTY OF TITLE all of the following described Property, with its appurtenances, situated in COUNTY OF PRINCE GEORGE'S, Maryland, to wit:

SEE EXHIBIT A

Property Address:      6001 PRINCESS GARDEN PARKWAY, Lanham, MD 20706



EXHIBIT
A

31136   071

Lot Lettered J in a subdivision known as "STANCLIFF" Prince George's County, Maryland, as per plat thereof recorded in Plat Book BB 15, Folio 53, one of the Land Records of said State and County, Excepting for 1,013 Square Feet of Land, more or less, which had conveyed to Prince George's County, Maryland by Deed dated December 15, 1975 and recorded among the Land Records of Prince George's County, Maryland in Liber 5466 at Folio 693, being in the 20th Election District of said County.

The improvements thereon being known as: 6001 Princess Garden Parkway, Lanham, MD 20706

Tax ID# 20-2227866

31136   072

WITNESS the hands and seals of the Party of the First Part:

William M. Savage, SOLE ACTING SUBSTITUTE TRUSTEE

STATE OF VIRGINIA
COUNTY OF FAIRFAX, to wit:

I, Jose M. Portillo, a notary public for the Commonwealth of Virginia, at large, do hereby certify that William M. Savage, Attorney, SOLE ACTING SUBSTITUTE TRUSTEE, as aforesaid, is personally well known to me and personally appeared before me and acknowledged the foregoing Deed to be his/her act and deed.

Given under my hand this 27th day of March, 2009

My commission expires: August 31, 2011

Notary Public



50

```
PRINCE GEORGE'S COUNTY GOVT.
RECEIPT DATE        11/09/2009
ACCOUNT #            2227866
REVIEWER ID              002
RECEIPT #                108
PG DEED TAX         4,200.00
MD DEED TAX         1,500.00
PG TRUST #1              .00
MD TRUST #1              .00
PG TRUST #2              .00
MD TRUST #2              .00
PG TRUST #3              .00
MD TRUST #3              .00
PG TRUST #4              .00
MD TRUST #4              .00
AGRI TAX                 .00
TOTAL              5,700.00
```

Tax ID: 20-2227866

31136   073

## AFFIDAVIT OF CONSIDERATION
## ATTORNEY'S CERTIFICATE

I, William M. Savage, HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THE ACTUAL CONSIDERATION PAID OR TO BE PAID FOR THE AFOREGOING CONVEYANCE, INCLUDING THE AMOUNT OF ANY MORTGAGE OR DEED OF TRUST ASSUMED BY THE GRANTEE, IS IN THE SUM TOTAL OF $300,000.00; THAT THE FOREGOING DEED WAS PREPARED UNDER MY SUPERVISION; THAT I AM AN ATTORNEY ADMITTED TO PRACTICE BEFORE THE COURT OF APPEALS OF MARYLAND; AND THAT I AM ONE OF THE PARTIES TO THIS INSTRUMENT.

William M. Savage

Return to:     SHAPIRO & BURSON, LLP
13135 LEE JACKSON HIGHWAY
SUITE 201
FAIRFAX, VA 22033

Tax ID: 20-2227866

31136   074

## AFFIDAVIT OF NON-MILITARY STATUS

I, William M. Savage, being first duly sworn on oath, depose and say that I am the agent of
EDUCATIONAL SYSTEMS FEDERAL CREDIT UNION, and that to the best of my belief LOVERN J.
LOUIS, is/are not in the military service of the U.S.; is/are not in the military service of any ally of the
U.S.; has/have not been ordered to report for induction under the Selective Training and Service Act
of 1940, as amended; is/are not a member of the Enlisted Reserve Corps who has been ordered to
report for military service.

_____
William M. Savage

STATE OF VIRGINIA
COUNTY OF FAIRFAX

Subscribed and sworn to before me, a Notary Public in and for the aforesaid jurisdiction this <u>27th</u>
<u>day of March, 2009</u>.

NOTARY PUBLIC

MY COMMISSION EXPIRES:  August 31, 2011



Tax ID: 20-2227866

31136   075

## AFFIDAVIT AS TO TOTAL PAYMENT

THE undersigned certifies under the penalties of perjury, that the following is true to the best of my/our knowledge, information and belief, in accordance with § 10-912(b)(2) of the Tax-General Article of the Annotated Code of Maryland, (the "Withholding Law"):

1)   That I am/we are the transferor(s), [or agent of the transferor(s) if so indicated], of that real property described in the accompanying deed.

2)   The amount of total payment for the purpose of the Withholding Law is $300,000.00. This amount is to be audited by a court appointed Auditor pursuant to Maryland Rule 2-543.

3)   That pursuant to § 10-912(d)(3) said transfer is exempt as it is transferred pursuant to a foreclosure.

Dated this _27th_ day of _March_, 2009

WITNESS:

TRANSFEROR(S)

WILLIAM M. SAVAGE, SOLE ACTING
SUBSTITUTE TRUSTEE

PG CIRCUIT COURT (Land Records) [MSA CE 64-31441] PM 31136, p. 0075. Printed 03/01/2011. Online 11/11/2009.

Tax ID: 20-2227966

**State of Maryland Land Instrument Intake Sheet**

☐ Baltimore City   ☑ County: PRINCE GEORGE'S

31136

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.*
(Type or Print in Black Ink Only—All Copies Must Be Legible)

☐ Check Box if addendum Intake Form is Attached.)

| 1 Type(s) of Instruments | X Deed | Mortgage | Other _____ | Other _____ |
|---|---|---|---|---|
| | Deed of Trust | Lease | | |

| 2 Conveyance Type Check Box | ✓ Improved Sale Arms-Length [1] | Unimproved Sale Arms-Length [2] | Multiple Accounts Arms-Length [3] | Not an Arms-Length Sale [9] |
|---|---|---|---|---|

| 3 Tax Exemptions (If applicable) Cite or Explain Authority | Recordation | |
|---|---|---|
| | State Transfer | |
| | County Transfer | |

**4** — Consideration and Tax Calculations

| Consideration Amount | | Finance Office Use Only — Transfer and Recordation Tax Consideration | |
|---|---|---|---|
| Purchase Price/Consideration | $ 300,000.00 | | |
| Any New Mortgage | $ | Transfer Tax Consideration | $ |
| Balance of Existing Mortgage | $ | X ( )% | $ |
| Other: | $ | Less Exemption Amount − | $ |
| | | Total Transfer Tax | $ |
| Other: | $ | Recordation Tax Consideration | $ |
| | | X ( ) per $500 | $ |
| Full Cash Value: | $ | TOTAL DUE | $ |

**5** — Fees

| Amount of Fees | Doc. 1 | Doc. 2 | |
|---|---|---|---|
| Recording Charge | $ 40.00 | $ | Agent: |
| Surcharge | $ | $ | Tax Bill: |
| State Recordation Tax | $ 1,500.00 | $ | |
| State Transfer Tax | $ 1,500.00 | $ | C.B. Credit: |
| County Transfer Tax | $ 4,200.00 | $ | |
| Other | $ | $ | Ag. Tax/Other: |
| Other | $ | $ | |

**6** — Description of Property — SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).

| District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|
| 20 | 2227868 | 26874/316 | | | ☐ (5) |
| Subdivision Name | | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4 |
| STANCLIFF | | | | | | |

Location/Address of Property Being Conveyed (2)
6001 PRINCESS GARDEN PARKWAY, LANHAM, MD  20706-2606

| Other Property Identifiers (if applicable) | Water Meter Account No. |
|---|---|

Residential ☑ or Non-Residential ☐   Fee Simple ☑ or Ground Rent ☐   Amount:
Partial Conveyance? ☐ Yes ☑ No   Description/Amt. of SqFt/Acreage Transferred:

If Partial Conveyance, List Improvements Conveyed:

**7** — Transferred From

| Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|
| WILLIAM M . SAVAGE, SUBSTITUTE TRUSTEE | |
| Doc. 1 – Owner(s) of Record, if Different from Grantor(s) | Doc. 2 – Owner(s) of Record, if Different from Grantor(s) |
| LOVERN J. LOUIS | |

**8** — Transferred To

| Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|
| EDUCATIONAL SYSTEMS FEDERAL CREDIT UNION | |

New Owner's (Grantee) Mailing Address
19 D Chapin Road, Pine Brook, NJ  07058

**9** — Other Names to Be Indexed

| Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 – Additional Names to be Indexed (Optional) |
|---|---|

**10** — Contact/Mail Information

| Instrument Submitted By or Contact Person | ☑ Return to Contact Person |
|---|---|
| Name: JOSE M. PORTILLO | ☐ Hold for Pickup |
| Firm   Shapiro & Burson, LLP | |
| Address: 13135 Lee Jackson Highway, Ste. 201 Fairfax, VA 22033 | ☐ Return Address Provided |
| Phone: (703 ) 281-7459 | |

**11** — IMPORTANT: *BOTH* THE ORIGINAL DEED *AND A* PHOTCOPY MUST ACCOMPANY EACH TRANSFER

| Assessment Information | Yes ✓ No | Will the property being conveyed be the grantee's principal residence? |
|---|---|---|
| | Yes ✓ No | Does transfer include personal property? If yes, identify: |
| | Yes ✓ No | Was property surveyed? If yes, attach copy of survey (if recorded, no copy required). |

Assessment Use Only – Do Not Write Below This Line

| Terminal Verification | Agricultural Verification | Whole | Part | Tran. Process Verification |
|---|---|---|---|---|
| Transfer Number | Date Received: | Deed Reference: | | Assigned Property No.: |
| Year | 20 | 20 | Geo. | Map | Sub | Block |
| Land | | | Zoning | Grid | Plat | Lot |
| Buildings | | | Use | Parcel | Section | Occ. Cd. |
| Total | | | Town Cd. | Ex. St. | Ex. Cd. | |
| REMARKS: | | | | | | |

PG CIRCUIT COURT (Land Records) [MSA CE 64 31441] PM 31136, p. 0076. Printed 09/01/2011. Online 11/11/2009.

Distribution:   White – Clerk's Office      Canary – SDAT      AOC-CC-300 (5/2007)

**30266   025**

PROPERTY ID: 13-1550953
S & B No. 07-116389P

Clerk of the
Circuit Court

2009 JAN -5 AM 9: 56

### ✓ FEE SIMPLE TRUSTEE'S DEED

PR GEO CO MD# 58

THIS TRUSTEE'S DEED is made this 19th day of December, 2008, by and between William M. Savage, SOLE ACTING SUBSTITUTE TRUSTEE, 13135 Lee Jackson Highway, Suite 201, Fairfax, Virginia 22033, Party of the First Part, and SAXON MORTGAGE SERVICES, INC., 4708 Mercantile Drive, Fort Worth, TX 76137-3605, the Party of the Second Part.

WITNESSETH THAT:

WHEREAS, by Deed of Trust dated October 31, 2006, and duly recorded among the land records of the COUNTY OF PRINCE GEORGE'S, in Liber/Book 26786 at Page 206, FATOU YOUSIF AND ALIEU S. YOUSIF did grant and convey the property described hereinafter to NETCO, INC., TRUSTEE(S), in trust to secure the payment of the original principal sum of $289,600.00, with interest thereon as stated in the promissory note (hereinafter referred to as "Note") evidencing said indebtedness; and

WHEREAS, John S. Burson, William M. Savage, Gregory N. Britto, Jason Murphy, Kristine D. Brown and Erik W. Yoder have been appointed by instrument duly recorded among the land records of the said COUNTY OF PRINCE GEORGE'S, as Substitute Trustees, any one of whom may act, to execute the Deed in accordance with the terms thereof to the same extent as is they had been originally designated as such Trustees; and

WHEREAS, the Party of the First Part, by the terms of said Deed of Trust, were empowered upon default in payment of principal of interest secured by said Deed of Trust and upon request of the beneficiary thereof to sell the hereinafter described real property (hereinafter referred to as "Property") at public auction; and

WHEREAS, the default was made in the payment of the Note, and the holder thereof requested said Party of the First Part to sell the Property pursuant to the power of sale contained in said Trust; and

WHEREAS, the Party of the First Part posted bond and advertised the place and terms of the sale, and exposed the Property to sale at public auction on February 19, 2008 at 2:21 PM, to the highest bidder for cash, all in strict accordance with the terms of the Deed of Trust at which sale SAXON MORTGAGE SERVICES, INC. became the purchaser of the property for the sum of Two Hundred Seventy-Two Thousand Dollars and No Cents ($272,000.00), that being the highest bid; and

WHEREAS, said sale was ratified by a Judge of the Circuit Court of the County in which the Property is located in Civil (Equity) No. CAE08-02064, on September 3, 2008;

WHEREAS, none of the parties in interest is entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act; and

NOW, THEREFORE, in consideration of the said property and the amount of the aforementioned prevailing bid paid by the Party of the Second Part to the Party of the First Part, at and before the sealing and delivery of this Deed, receipt of which is hereby acknowledged, which sum is to be appropriated and applied as provided in the Deed of Trust, the Party of the First Part grant and convey unto SAXON MORTGAGE SERVICES, INC., the party of the Second Part WITH SPECIAL WARRANTY OF TITLE all of the following described Property, with its appurtenances, situated in COUNTY OF PRINCE GEORGE'S, Maryland, to wit:

SEE EXHIBIT A

Property Address:   10700 WOODLAWN BOULEVARD, Upper Marlboro, MD 20774



30266    026

WITNESS the hands and seals of the Party of the First Part.

William M. Savage, SOLE ACTING SUBSTITUTE TRUSTEE

STATE OF VIRGINIA
COUNTY OF FAIRFAX, to wit:

I, Jose M. Portillo, a notary public for the Commonwealth of Virginia, at large, do hereby certify that William M. Savage, Attorney, SOLE ACTING SUBSTITUTE TRUSTEE, as aforesaid, is personally well known to me and personally appeared before me and acknowledged the foregoing Deed to be his/her act and deed.

Given under my hand this 19th day of December, 2008

My commission expires: August 31, 2011

Notary Public

JOSE M. PORTILLO
COMMONWEALTH
REGISTRATION NO.
7100496
MY COMM. EXPIRES
08/31/2011
OF VIRGINIA
NOTARY PUBLIC

30266    027

Appendix A

ALL THAT PROPERTY SITUATE IN THE STATE OF MARYLAND DESCRIBED AS FOLLOWS:

BEING LOT NUMBERED TWENTY-SEVEN (27) IN BLOCK LETTERED "E" IN THE SUBDIVISION KNOWN AS "SECTION FOUR (4), RAMBLING HILLS", AS PER PLAT THEREOF RECORDED IN PLAT BOOK WWW 64 AT PLAT 25, AMONG THE LAND RECORDS OF PRINCE GEORGE'S COUNTY, MARYLAND. BEING IN THE 13TH ELECTION DISTRICT.

PARCEL NUMBER: 1550953

COMMONLY KNOWN AS: 10700 WOODLAND BLVD., UPPER MARLBORO, MD 20774

BEING THE SAME PROPERTY CONVEYED TO ALIEU S. YOUSIF & FATOU YOUSIF (HUSBAND & WIFE), BY DEED DATED AUGUST 17, 2005, FROM ALIEU S. YOUSIF (A MARRIED PERSON), OF RECORD IN BOOK 23266, PAGE 001, OFFICE OF THE PRINCE GEORGE'S COUNTY COURT CLERK.

30266    028

## AFFIDAVIT OF CONSIDERATION
## ATTORNEY'S CERTIFICATE

I, William M. Savage, HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THE ACTUAL CONSIDERATION PAID OR TO BE PAID FOR THE AFOREGOING CONVEYANCE, INCLUDING THE AMOUNT OF ANY MORTGAGE OR DEED OF TRUST ASSUMED BY THE GRANTEE, IS IN THE SUM TOTAL OF $272,000.00; THAT THE FOREGOING DEED WAS PREPARED UNDER MY SUPERVISION; THAT I AM AN ATTORNEY ADMITTED TO PRACTICE BEFORE THE COURT OF APPEALS OF MARYLAND; AND THAT I AM ONE OF THE PARTIES TO THIS INSTRUMENT.

_____
William M. Savage

Return to:    SHAPIRO & BURSON, LLP
              13135 LEE JACKSON HIGHWAY
              SUITE 201
              FAIRFAX, VA 22033

30266    029

## AFFIDAVIT OF NON-MILITARY STATUS

I, William M. Savage, being first duly sworn on oath, depose and say that I am the agent of Saxon Mortgage Services, Inc., and that to the best of my belief FATOU YOUSIF AND ALIEU S. YOUSIF, is/are not in the military service of the U.S.; is/are not in the military service of any ally of the U.S.; has/have not been ordered to report for induction under the Selective Training and Service Act of 1940, as amended; is/are not a member of the Enlisted Reserve Corps who has been ordered to report for military service.

_____
William M. Savage

STATE OF VIRGINIA
COUNTY OF FAIRFAX

Subscribed and sworn to before me, a Notary Public in and for the aforesaid jurisdiction this 19th day of December, 2008.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: August 31, 2011

JOSE M. PORTILLO
COMMONWEALTH
REGISTRATION NO.
7100496
MY COMM. EXPIRES
08/31/2011
OF VIRGINIA
NOTARY PUBLIC

30266    030

## AFFIDAVIT AS TO TOTAL PAYMENT

THE undersigned certifies under the penalties of perjury, that the following is true to the best of my/our knowledge, information and belief, in accordance with § 10-912(b)(2) of the Tax-General Article of the Annotated Code of Maryland, (the "Withholding Law"):

1)    That I am/we are the transferor(s), [or agent of the transferor(s) if so indicated], of that real property described in the accompanying deed.

2)    The amount of total payment for the purpose of the Withholding Law is $272,000.00.  This amount is to be audited by a court appointed Auditor pursuant to Maryland Rule 2-543.

3)    That pursuant to § 10-912(d)(3) said transfer is exempt as it is transferred pursuant to a foreclosure.

Dated this _19_ day of _December_ , 2008

WITNESS:

TRANSFEROR(S)

WILLIAM M. SAVAGE, SOLE ACTING
SUBSTITUTE TRUSTEE

07-116389P

30266 031

# State of Maryland Land Instrument Intake Sheet

☐ Baltimore City ☑ County: PRINCE GEORGE'S

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.*

(Type or Print in Black Ink Only—All Copies Must Be Legible)

**1 Type(s) of Instruments** — ( ☐ Check Box if addendum Intake Form is Attached.)
- X Deed
- ☐ Deed of Trust
- ☐ Mortgage
- ☐ Lease
- ☐ Other ______
- ☐ Other ______

**2 Conveyance Type Check Box**
- ✓ Improved Sale Arms-Length [1]
- ☐ Unimproved Sale Arms-Length [2]
- ☐ Multiple Accounts Arms-Length [3]
- ☐ Not an Arms-Length Sale [9]

**3 Tax Exemptions (if applicable) Cite or Explain Authority**
- Recordation:
- State Transfer:
- County Transfer:

**4 Consideration and Tax Calculations**

| Consideration Amount | |
|---|---|
| Purchase Price/Consideration | $ 272,000.00 |
| Any New Mortgage | $ |
| Balance of Existing Mortgage | $ |
| Other: | $ |
| Other: | $ |
| Full Cash Value: | $ |

| Finance Office Use Only<br>Transfer and Recordation Tax Consideration | |
|---|---|
| Transfer Tax Consideration | $ |
| X ( )% = | $ |
| Less Exemption Amount - | $ |
| Total Transfer Tax = | $ |
| Recordation Tax Consideration | $ |
| X ( ) per $500 = | $ |
| TOTAL DUE | $ |

**5 Fees**

| Amount of Fees | Doc. 1 | Doc. 2 |
|---|---|---|
| Recording Charge | $ 40.00 | $ |
| Surcharge | $ | $ |
| State Recordation Tax | $ 1,360.00 | $ |
| State Transfer Tax | $ 1,360.00 | $ |
| County Transfer Tax | $ 3,808.00 | $ |
| Other | $ | $ |
| Other | $ | $ |

Agent:

Tax Bill:

C.B. Credit:

Ag. Tax/Other:

**6 Description of Property** — SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).

| District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|
| 13 | 1550953 | 23268/001 | 75 | | ☐ (5) |

| Subdivision Name | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4) |
|---|---|---|---|---|---|
| SECTION FOUR, RAMBLING HILLS | 27 | E | 4 | A-6481 | |

Location/Address of Property Being Conveyed (2): 5809 31ST PLACE, HYATSVILLE, MD 20782-3137

Other Property Identifiers (if applicable):

Water Meter Account No.:

Residential ☑ or Non-Residential ☐ Fee Simple ☑ or Ground Rent ☐ Amount:

Partial Conveyance? ☐ Yes ☑ No Description/Amt. of SqFt/Acreage Transferred:

If Partial Conveyance, List Improvements Conveyed:

**7 Transferred From**

| Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|
| WILLIAM M . SAVAGE, SUBSTITUTE TRUSTEE | |
| **Doc. 1 – Owner(s) of Record, If Different from Grantor(s)** | **Doc. 2 – Owner(s) of Record, If Different from Grantor(s)** |
| ALIEU S. YOUSIF AND FATOU YOUSIF | |

**8 Transferred To**

| Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|
| SAXON MORTGAGE SERVICES, INC. | |

New Owner's (Grantee) Mailing Address: 4708 Mercantile Drive, Fort Worth, TX 76137-3605

**9 Other Names to Be Indexed**

| Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 – Additional Names to be Indexed (Optional) |
|---|---|
| | |

**10 Contact/Mail Information**

Instrument Submitted By or Contact Person

Name: JOSE M. PORTILLO

Firm Shapiro & Burson, LLP

Address: 13135 Lee Jackson Highway, Suite 201, Fairfax, VA 22033

Phone: (703 ) 261-7459

- ☑ Return to Contact Person
- ☐ Hold for Pickup
- ☐ Return Address Provided

**11 IMPORTANT: *BOTH* THE ORIGINAL DEED *AND* A PHOTCOPY MUST ACCOMPANY EACH TRANSFER**

**Assessment Information**
- ☐ Yes ☑ No Will the property being conveyed be the grantee's principal residence?
- ☐ Yes ☑ No Does transfer include personal property? If yes, identify:
- ☐ Yes ☑ No Was property surveyed? If yes, attach copy of survey (if recorded, no copy required).

**Assessment Use Only – Do Not Write Below This Line**

Terminal Verification Agricultural Verification Whole Part Tran. Process Verification

Transfer Number Date Received: Deed Reference: Assigned Property No.:

| Year | 20 | 20 | Geo. | Map | Sub | Block |
|---|---|---|---|---|---|---|
| Land | | | Zoning | Grid | Plat | Lot |
| Buildings | | | Use | Parcel | Section | Occ. Cd. |
| Total | | | Town Cd. | Ex. St. | Ex. Cd. | |

REMARKS:

Space Reserved for County Validation

Space Reserved for Circuit Court Clerk Recording Validation

PG CIRCUIT COURT (Land Records) [MSA CE 64-30571] PM 30266, p. 0031. Printed 03/01/2011. Online 01/07/2009.

Distribution: White – Clerk's Office Pink – Office of Finance Canary – SDAT Goldenrod – Preparer AOC-CC-300 (5/2007)

*1 of 2*

LIBER 1 2 8 3 4 PAGE 2 4 5

RETURN TO:
SHAPIRO & BURSON, LLP
SUITE 201
FAIRFAX, VA 22033

S & B No. 09-143666P

*Return To:*
PATRIOT TITLE, LLC

11447 CRONHILL DRIVE, SUITE A

OWINGS MILLS, MD. 21117
*10-23740*

## FEE SIMPLE TRUSTEE'S DEED

THIS TRUSTEE'S DEED is made this 24th day of May, 2010, by and between William M. Savage, SOLE ACTING SUBSTITUTE TRUSTEE, 13135 Lee Jackson Highway, Suite 201, Fairfax, Virginia 22033, Party of the First Part, and FEDERAL HOME LOAN MORTGAGE CORPORATION, 5000 PLANO PARKWAY, CARROLLTON, TEXAS 75010, the Party of the Second Part.

WITNESSETH THAT:

WHEREAS, by Deed of Trust dated October 30, 2006, and duly recorded among the land records of the CITY OF BALTIMORE, in Liber/Book 8786 at Page 471, KENNETH W. WILSON AND MICHAEL L. HOOD did grant and convey the property described hereinafter to FIRST AMERICAN TITLE INSURANCE CO., TRUSTEE(S), in trust to secure the payment of the original principal sum of $192,000.00, with interest thereon as stated in the promissory note (hereinafter referred to as "Note") evidencing said indebtedness; and

WHEREAS, John S. Burson, William M. Savage, Gregory N. Britto, Jason Murphy, Kristine D. Brown and Erik W. Yoder have been appointed by instrument duly recorded among the land records of the said CITY OF BALTIMORE, as Substitute Trustees, any one of whom may act, to execute the Deed in accordance with the terms thereof to the same extent as is they had been originally designated as such Trustees; and

WHEREAS, the Party of the First Part, by the terms of said Deed of Trust, were empowered upon default in payment of principal of interest secured by said Deed of Trust and upon request of the beneficiary thereof to sell the hereinafter described real property (hereinafter referred to as "Property") at public auction; and

WHEREAS, the default was made in the payment of the Note, and the holder thereof requested said Party of the First Part to sell the Property pursuant to the power of sale contained in said Trust; and

WHEREAS, the Party of the First Part posted bond and advertised the place, time and terms of the sale, and exposed the Property to sale at public auction on December 3, 2009 at 11:26 AM, to the highest bidder for cash, all in strict accordance with the terms of the Deed of Trust, at which sale FEDERAL HOME LOAN MORTGAGE CORPORATION became the purchaser of the property for the sum of One Hundred Seventy-One Thousand Three Hundred Fifteen Dollars and No Cents ($171,315.00), that being the highest bid; and

WHEREAS, said sale was ratified by a Judge of the Circuit Court of the County in which the Property is located in Civil (Equity) No. 24-O-09-002082, on May 13, 2010;

WHEREAS, none of the parties in interest is entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act; and

NOW, THEREFORE, in consideration of the said property and the amount of the aforementioned prevailing bid paid by the Party of the Second Part to the Party of the First Part, and before the sealing and delivery of this Deed, receipt of which is hereby acknowledged, which sum is to be appropriated and applied as provided in the Deed of Trust, the Party of the First Part grant and convey unto FEDERAL HOME LOAN MORTGAGE CORPORATION, the party of the Second Part WITH SPECIAL WARRANTY OF TITLE all of the following described Property, with its appurtenances, situated in CITY OF BALTIMORE, Maryland, to wit:

SEE EXHIBIT A

Tax ID #01-12-1870-034

Tax Exempt per 12 U.S.C. § 1452(e) Exempt From Maryland Withholding Requirements of Section 10.912 Tax General Article Pursuant to Section 10-912(d)(3)(i) as a Foreclosure Transfer.

EXHIBIT
C

LIBER | 2 8 3 4 PAGE 2 4 6

Property Address:     3003 FAIT AVENUE, Baltimore, MD 21224 ‒ 1870

WITNESS the hands and seals of the Party of the First Part:

_____
William M. Savage, SOLE ACTING SUBSTITUTE TRUSTEE

STATE OF VIRGINIA
COUNTY OF FAIRFAX, to wit:

I, Jose M. Portillo, a notary public for the Commonwealth of Virginia, at large, do hereby certify that William M. Savage, Attorney, SOLE ACTING SUBSTITUTE TRUSTEE, as aforesaid, is personally well known to me and personally appeared before me and acknowledged the foregoing Deed to be his/her act and deed.

Given under my hand this 24th day of May, 2010

My commission expires: August 31, 2011

_____
Notary Public

*[Notary Seal:]*
JOSE M. PORTILLO
COMMONWEALTH
REGISTRATION NO.
7100496
MY COMM. EXPIRES
08/31/2011
OF VIRGINIA
NOTARY PUBLIC

Tax ID #01-12-1870-034

Tax-Exempt-per-12-U.S.C.-§-1452(e) Exempt From Maryland Withholding Requirements of Section 10.912 Tax General Article Pursuant to Section 10-912(d)(3)(i) as a Foreclosure Transfer

LIBER 12834 PAGE 247

**TAX ID NUMBER: 01-12-1870-034-(9)**
**2006-07 REAL PROPERTY TAXES ARE PAID IN THE AMOUNT OF $2,924.41**

LOCATED IN THE CITY OF BALTIMORE, STATE OF MARYLAND:

## EXHIBIT A

BEGINNING FOR THE SAME on the South side of Fait Avenue at a point 16 feet more or less East of Potomac Street and at the center of a partition wall there being and running thence Easterly on the south side of Fait Avenue 14 feet more or less, thence Southerly 67 feet to a three foot alley there being, thence Westerly on said alley with the use thereof in common 14 feet more or less and thence Northerly 67 feet to the place of beginning. The improvements there being known as 3003 Fait Avenue.

*1870*

Tax ID #01-12-1870-034

BC CIRCUIT COURT (Land Records) [MSA CE 164-21987] FMC 12834, p. 0247. Printed 03/01/2011. Online 08/06/2010.

LIBER 1 2 8 3 4 PAGE 2 4 8

## AFFIDAVIT OF CONSIDERATION
## ATTORNEY'S CERTIFICATE

I, William M. Savage, HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THE ACTUAL CONSIDERATION PAID OR TO BE PAID FOR THE AFOREGOING CONVEYANCE, INCLUDING THE AMOUNT OF ANY MORTGAGE OR DEED OF TRUST ASSUMED BY THE GRANTEE, IS IN THE SUM TOTAL OF $171,315.00; THAT THE FOREGOING DEED WAS PREPARED UNDER MY SUPERVISION; THAT I AM AN ATTORNEY ADMITTED TO PRACTICE BEFORE THE COURT OF APPEALS OF MARYLAND; AND THAT I AM ONE OF THE PARTIES TO THIS INSTRUMENT.

William M. Savage

Return to:      SHAPIRO & BURSON, LLP
                13135 LEE JACKSON HIGHWAY
                SUITE 201
                FAIRFAX, VA 22033

Tax ID #01-12-1870-034

Tax-Exempt per 12 U.S.C. §1452(e) Exempt From Maryland Withholding Requirements of Section 10.912 Tax General Article Pursuant to Section 10-912(d)(3)(i) as a Foreclosure Transfer

LIBER 12834 PAGE 249

## AFFIDAVIT OF NON-MILITARY STATUS

I, William M. Savage, being first duly sworn on oath, depose and say that I am the agent of ONEWEST BANK, and that to the best of my belief KENNETH W. WILSON AND MICHAEL L. HOOD, is/are not in the military service of the U.S.; is/are not in the military service of any ally of the U.S.; has/have not been ordered to report for induction under the Selective Training and Service Act of 1940, as amended; is/are not a member of the Enlisted Reserve Corps who has been ordered to report for military service.

William M. Savage

STATE OF VIRGINIA
COUNTY OF FAIRFAX

Subscribed and sworn to before me, a Notary Public in and for the aforesaid jurisdiction this 24th day of May, 2010.

NOTARY PUBLIC

MY COMMISSION EXPIRES: August 31, 2011

JOSE M. PORTILLO
COMMONWEALTH
REGISTRATION NO.
7100496
MY COMM. EXPIRES
08/31/2011
OF VIRGINIA
NOTARY PUBLIC

Tax ID #01-12-1870-034

LIBER 12834 PAGE 250

## AFFIDAVIT AS TO TOTAL PAYMENT

THE undersigned certifies under the penalties of perjury, that the following is true to the best of my/our knowledge, information and belief, in accordance with § 10-912(b)(2) of the Tax-General Article of the Annotated Code of Maryland, (the "Withholding Law"):

1)    That I am/we are the transferor(s), [or agent of the transferor(s) if so indicated], of that real property described in the accompanying deed.

2)    The amount of total payment for the purpose of the Withholding Law is $171,315.00. This amount is to be audited by a court appointed Auditor pursuant to Maryland Rule 2-543.

3)    That pursuant to § 10-912(d)(3) said transfer is exempt as it is transferred pursuant to a foreclosure.

Dated this 24th day of _____, 2010

WITNESS:                                          TRANSFEROR(S)

                                                 WILLIAM M. SAVAGE, SOLE ACTING
                                                 SUBSTITUTE TRUSTEE

LIBER 12834 PAGE251

J0051

BC CIRCUIT COURT (Land Records) [MSA CE 164-21987] FMC 12834, p. 0251. Printed 03/01/2011. Online 08/06/2010.

**State of Maryland Land Instrument Intake Sheet**
☐ Baltimore City   ☐ County: _____

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.)*
*(Type or Print in Black Ink Only—All Copies Must be Legible)*

LIBER 12834 PAGE 252

| 1 | Type(s) of Instruments | (☐ Check Box if addendum Intake Form is Attached.) |
|---|---|---|

| ☑ Deed | ☐ Mortgage | ☐ Other _____ | ☐ Other _____ |
|---|---|---|---|
| ☐ Deed or Trust | ☐ Lease | | |

| 2 | Conveyance Type Check Box | ☐ Improved Sale | ☐ Unimproved Sale | ☐ Multiple Accounts | ☐ Not an Arms- |
|---|---|---|---|---|---|
| | | ☐ Arms-Length [1] | ☐ Arms-Length [2] | ☐ Arms-Length [3] | Length Sale [9] |

| 3 | Tax Exemptions (if Applicable) Cite or Explain Authority | Recordation | |
|---|---|---|---|
| | | State Transfer | |
| | | County Transfer | |

| 4 | | Consideration Amount | | Finance Office Use Only | |
|---|---|---|---|---|---|
| **Consideration and Tax Calculations** | Purchase Price/Consideration | $ 98,000.00 | **Transfer and Recordation Tax Consideration** | |
| | Any New Mortgage | $ | Transfer Tax Consideration | $ |
| | Balance of Existing Mortgage | $ | X ( ) % = | $ |
| | Other: | $ | Less Exemption Amount – | $ |
| | | | Total Transfer Tax = | $ |
| | Other: | $ | Recordation Tax Consideration | $ |
| | | | X ( ) per $500 = | $ |
| | Full Cash Value: | $ | TOTAL DUE | $ |

| 5 | | Amount of Fees | Doc. 1 | Doc. 2 | Agent: |
|---|---|---|---|---|---|
| **Fees** | Recording Charge | $ | $ | |
| | Surcharge | $ | $ | Tax Bill: |
| | State Recordation Tax | $ | $ | |
| | State Transfer Tax | $ | $ | C.B. Credit: |
| | County Transfer Tax | $ | $ | |
| | Other | $ | $ | Ag. Tax/Other: |
| | Other | $ | $ | |

| 6 | | District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|---|---|
| **Description of Property** | | 1-12- | 1870.034 | | | | ☐ (5) |
| SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i). | Subdivision Name | | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4) |

Location/Address of Property Being Conveyed (2)
3003 Fait Ave. Balt. Md. 21224

Other Property Identifiers (if applicable)                   Water Meter Account No.

☐ Residential or ☐ Non-Residential   Fee Simple ☑ or Ground Rent ☐   Amount: _____
Partial Conveyance? ☐ Yes ☐ No   Description/Amt. of SqFt/Acreage Transferred: _____

If Partial Conveyance, List Improvements Conveyed:

| 7 | | Doc. 1 - Grantor(s) Name(s) | Doc. 2 - Grantor(s) Name(s) |
|---|---|---|---|
| **Transferred From** | | William M. Savage, Sub Trustee | |
| | | Doc. 1 - Owner(s) of Record, if Different from Grantor(s) | Doc. 2 - Owner(s) of Record, if Different from Grantor(s) |

| 8 | | Doc. 1 - Grantee(s) Name(s) | Doc. 2 - Grantee(s) Name(s) |
|---|---|---|---|
| **Transferred To** | | Federal Home Loan Mortgage Corporation | |

New Owner's (Grantee) Mailing Address
5000 Plano Pkwy  Carrollton TX 75010

| 9 | Other Names to Be Indexed | Doc. 1 - Additional Names to be Indexed (Optional) | Doc. 2 - Additional Names to be Indexed (Optional) |
|---|---|---|---|

| 10 | Contact/Mail Information | Instrument Submitted By or Contact Person | ☐ Return to Contact Person |
|---|---|---|---|
| | | Name: _____ | |
| | | Firm Patriot Title | ☐ Hold for Pickup |
| | | Address: 11441 Cronhill Dr. #A | |
| | | Owings Mills, Md. 21117 Phone: (410) | ☐ Return Address Provided |

| 11 | **IMPORTANT:** *BOTH THE ORIGINAL DEED AND A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER* |
|---|---|
| **Assessment Information** | ☐ Yes  No Will the property being conveyed be the grantee's principal residence? |
| | ☐ Yes  No Does transfer include personal property? If yes, identify: _____ |
| | ☐ Yes  No Was property surveyed? If yes, attach copy of survey (if recorded, no copy required). |

**Assessment Use Only - Do Not Write Below This Line**

| Terminal Verification | | Agricultural Verification | | Whole | | Part | | Tran. Process Verification |
|---|---|---|---|---|---|---|---|---|
| Transfer Number: | | Date Received: | | Deed Reference: | | Assigned Property No.: | | |
| Year | 20 | 20 | | Geo. | Map | Sub | Block |
| Land | | | | Zoning | Grid | Plat | Lot |
| Buildings | | | | Use | Parcel | Section | Occ. Cd. |
| Total | | | | Town Cd. | Ex. St. | Ex. Cd. | |

REMARKS:

Distribution:   White - Clerk's Office
Canary - SDAT
Pink - Office of Finance
Goldenrod - Preparer
AOC-CC-300 (5/95)