IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GEORGE BOYD, et al.<br>*individually and on behalf of all*<br>*others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>LAW OFFICES OF SHAPIRO, BROWN, &<br>ALT, LLP, et al.,<br><br>Defendants. | Civil Action No. 3:12cv700 |

## DECLARATION OF WARREN BEVERLEY

I, Warren Beverley, am above the age of 18 years, am of sound mind and body, and I hereby state, under penalty of perjury, as follows:

1. I am a resident of the City of Richmond, Virginia.

2. I live at the property located at 3303 Jeter Avenue in Richmond, Virginia and the Richmond Division of the Eastern District of Virginia. The Defendants in the above-captioned case attempted to conduct a foreclosure sale of my home.

3. I am familiar with the details of my wife's case against the Defendants and can offer testimony to support her claims, including our attempts to obtain a modification, the letters that we received from the Defendants, and the damages that we suffered as a result of the Defendant's attempted foreclosure.

4. I am not employed and receive disability from the United States government. I have issues with my back and shoulders that prevent me from being able to work. I also suffer from occasional seizures. It is best for my health that I do not travel long distances.

5. If this case were to be transferred to the Norfolk Division, it would cause significant hardships and inconveniences for me. The Norfolk Division about two hours away from my home, and this trip would cause me hardship because of my health issues.

6. The federal courthouse in Richmond is only about fifteen minutes from my home. It would be much easier for me to travel to this courthouse in order to offer my testimony.



     Under penalty of perjury under the laws of the United States of America, I hereby declare and affirm that the foregoing information is true and correct to the best of my information, knowledge and belief.

Dated: 1/26/13

_____
WARREN BEVERLEY

2