IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GEORGE BOYD, et al. *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> LAW OFFICES OF SHAPIRO, BROWN, & ALT, LLP, et al., <br><br> Defendants. | Civil Action No. 3:12cv700 |

## DECLARATION OF REBECCA DAMIANI

I, Rebecca Damiani, am above the age of 18 years, am of sound mind and body, and I hereby state, under penalty of perjury, as follows:

1. I am a resident of Henrico County, Virginia.

2. I formerly owned the property located at 2021 Stonequarter Road, Richmond Virginia 23233, in Henrico County and the Richmond Division of the Eastern District of Virginia. This property was sold in a foreclosure sale conducted by the Defendants in the above-captioned case.

3. I am familiar with the details of my husband's case against the defendants and can offer testimony to support his claims, including our attempts to obtain a modification, our attempts to contact the Defendants to remain in our home, and the damages that we suffered when we ultimately lost our home.

4. I am currently employed in Richmond, Virginia. My job requires regular travel across the entire United States, as well as international travel. I must travel in order to certify hospital labs at hospitals located around the world. I travel for work almost every week and am often out of town for several days at a time.

5. It would be very difficult for me to get enough time off of work to travel to the Norfolk Division in order to offer testimony regarding this case. The federal courthouse in Norfolk is approximately two hours away from where I live, not including traffic. As I would have to drive through the Hampton Roads Bridge Tunnel to get to the courthouse, my actual travel time would probably be closer to two and a half or three hours.

6. However, the federal courthouse in Richmond is approximately 20 minutes from my home. Because it is so close to where I live, I would be able to offer my testimony if this case


EXHIBIT D

were to remain in the Richmond Division.

      Under penalty of perjury under the laws of the United States of America, I hereby declare and affirm that the foregoing information is true and correct to the best of my information, knowledge and belief.

Dated: 11/25/2013

_____
REBECCA DAMIANI