IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GEORGE BOYD, et al. *individually and on behalf of all others similarly situated,* ) ) ) ) | |
| Plaintiffs, ) ) | |
| ) | Civil Action No. 3:12cv700 |
| v. ) ) | |
| LAW OFFICES OF SHAPIRO, BROWN, & ALT, LLP, et al., ) ) ) | |
| Defendants. ) | |

### DECLARATION OF TINA OTT

I, Tina Ott, am above the age of 18 years, am of sound mind and body, and I hereby state, under penalty of perjury, as follows:

1. I am familiar with the details of my husband's case against the defendants and can offer testimony to support his claims, including our attempts to obtain a modification, the letters that we received from the Defendants, and the damages that we suffered when we ultimately lost our home. Because of his health issues, I often handled the issues regarding the foreclosure of our home, including our attempts to obtain a loan modification, conduct a short sale of our home, and our communications with both our servicer and the Defendants in the above-captioned case.

2. I am currently employed and work from 8-5, Monday through Friday.

3. It would be very difficult for me to get enough time off of work to travel to the Norfolk Division in order to offer testimony regarding this case. The federal courthouse in Norfolk is approximately two and a half hours away from where I live, not including traffic. As I would have to drive through the Hampton Roads Bridge Tunnel to get to the courthouse, my actual travel time would probably be closer to three or three and a half hours.

4. I also have a son who attends high school in Stafford County. If I had to travel to the Norfolk Division in order to litigate this case, I would have to find someone in the area to watch him while I was traveling to and from Norfolk.

5. Additionally, if my husband has to travel in order to litigate this case, I will have to take time off of work to help him travel. Because of his health issues, I will have to drive him and assist him with his wheelchair. Because of his health issues, it would be much easier to travel to Richmond instead of Norfolk.

6. However, the federal courthouse in Richmond is approximately an hour away


EXHIBIT E

from my home. Because it is so close to where I live, it would be much easier to testify if this case were to remain in the Richmond Division.

    Under penalty of perjury under the laws of the United States of America, I hereby declare and affirm that the foregoing information is true and correct to the best of my information, knowledge and belief.

Dated: 1-26-13

_____
TINA OTT