| Date | Time | County | Property Address |
|---|---|---|---|
| 1/29/2013 | 11:30 am | Spotsylvania | 6123 Pella Lane, Fredericksburg |
| 1/31/2013 | 3:30 pm | Henrico | 5630 Country Hill Lane, Glen Allen |
| 1/31/2013 | 2:15 pm | Richmond City | 1509 Ivymount Road, Richmond |
| 1/31/2013 | 2:15 pm | Richmond City | 3225 Watson Avenue, Richmond |
| 1/31/2013 | 2:15 pm | Richmond City | 4715 Cronin Drive, Richmond |
| 2/04/2013 | 10:00 am | Northumberland | 540 Locksley Lane, Reedville |
| 2/04/2013 | 10:00 am | Northumberland | 58 Ingram Bay Drive, Heathsville |
| 2/07/2013 | 5:45 pm | Caroline | 13354 Ladysmith Road, Ruther Glen |
| 2/07/2013 | 5:45 pm | Caroline | 991 Lake Heritage Drive, Ruther Glen |
| 2/07/2013 | 5:45 pm | Caroline | 29315 Sparta Road, Milford |
| 2/07/2013 | 1:00 pm | Chesterfield | 10000 Brittonwood Dr, North Chesterfield |
| 2/07/2013 | 1:00 pm | Chesterfield | 2201 Bowlin Court, North Chesterfield |
| 2/07/2013 | 1:00 pm | Chesterfield | 13919 Planters Walk Drive, Midlothian |
| 2/07/2013 | 4:45 pm | Hanover | 100 Elm Street, Ashland |
| 2/07/2013 | 3:30 pm | Henrico | 5320 Avery Green Drive, Glen Allen |
| 2/07/2013 | 3:30 pm | Henrico | 1705 Eaton Road, Richmond |
| 2/07/2013 | 3:30 pm | Henrico | 5919 Shrubbery Hill Road, Richmond |
| 2/07/2013 | 3:30 pm | Henrico | 2041 Kingsland Road, Richmond |
| 2/07/2013 | 3:30 pm | Henrico | 113 Casey Meadows Place, Sandston |
| 2/07/2013 | 3:30 pm | Henrico | 3912 Longleaf Drive, Richmond |
| 2/07/2013 | 9:00 am | Petersburg City | 2247 Walton Street, Petersburg |
| 2/07/2013 | 2:15 pm | Richmond City | 3600 Hastings Drive, Richmond |
| 2/07/2013 | 2:15 pm | Richmond City | 3204 Barton Avenue, Richmond |
| 2/07/2013 | 2:15 pm | Richmond City | 1208 West Leigh Street, Richmond |
| 2/07/2013 | 2:15 pm | Richmond City | 2003 Edwards Avenue, Richmond |
| 2/08/2013 | 2:00 p.m. | Brunswick | 589 Ebony Rd, Ebony 23845 |
| 2/08/2013 | 10:00 am | Prince Edward | Route Box 79, Cullen |
| 2/14/2013 | 5:45 pm | Caroline | 7171 Tanglewood Drive |
| 2/14/2013 | 1:00 pm | Chesterfield | 11118 Sunfield Drive, Midlothian |

EXHIBIT F

| | | | |
|---|---|---|---|
| 2/14/2013 | 3:30 pm | Henrico | 708 Azalea Avenue, Richmond |
| 2/14/2013 | 3:30 pm | Henrico | 4903 Packard Road, Glen Allen |
| 2/14/2013 | 3:30 pm | Henrico | 8616 & 8618 Ackley Avenue, Richmond |
| 2/14/2013 | 3:30 pm | Henrico | 3460 Britton Road, Richmond |
| 2/14/2013 | 3:30 pm | Henrico | 4604 Jan Road, Richmond |
| 2/14/2013 | 3:30 pm | Henrico | 8306 Whistler Road, Richmond |
| 2/14/2013 | 9:00 am | Prince George | 5432 Mulberry Drive, Hopewell |
| 2/14/2013 | 2:15 pm | Richmond City | 1429 Stansbury Ave, Richmond |
| 2/14/2013 | 2:15 pm | Richmond City | 3805 Monument Avenue, Richmond |
| 2/14/2013 | 2:15 pm | Richmond City | 210 West Graham Road, Richmond |
| 2/15/2013 | 2:00 pm | King George | 4115 Chatham Drive, King George |
| 2/15/2013 | 3:00 pm | Westmoreland | 508 Livingstone Street, Colonial Beach |
| 2/15/2013 | 3:00 pm | Westmoreland | 187 Pastor Drive, Colonial Beach |
| 2/19/2013 | 11:30 am | Spotsylvania | 6609 Plantation Forest Dr, Spotsylvania |
| 2/19/2013 | 11:30 am | Spotsylvania | 9718 Brock Road, Spotsylvania |
| 2/20/2013 | 5:00 pm | Goochland | 9 Dunaway Drive, Richmond |
| 2/21/2013 | 5:45 pm | Caroline | 10537 Gallant Fox Way, Ruther Glen |
| 2/21/2013 | 1:00 pm | Chesterfield | 13909 Bridgetown Circle, Chester |
| 2/21/2013 | 1:00 pm | Chesterfield | 4013 Woodfield Road, North Chesterfield |
| 2/21/2013 | 1:00 pm | Chesterfield | 2925 Woodworth Rd, North Chesterfield |
| 2/21/2013 | 1:00 pm | Chesterfield | 9300 Malcott Court, North Chesterfield |
| 2/21/2013 | 1:00 pm | Chesterfield | 3318 New Found Ln, Chester |
| 2/21/2013 | 3:30 pm | Henrico | 2220 Watts Lane, Richmond |
| 2/21/2013 | 3:30 pm | Henrico | 1208 Tree Ridge Road, Richmond |
| 2/21/2013 | 3:30 pm | Henrico | 2406 Wedgewood Avenue, Richmond |
| 2/21/2013 | 3:30 pm | Henrico | 5129 Eanes Lane, Richmond |
| 2/21/2013 | 3:30 pm | Henrico | 3316 Sandy Lane, Richmond |
| 2/21/2013 | 12:00 pm | Hopewell City | 1406 Central Avenue, Hopewell |
| 2/21/2013 | 2:15 pm | Richmond City | 4822 Chamberlayne Ave, Richmond |

| | | | |
|---|---|---|---|
| 2/21/2013 | 2:15 pm | Richmond City | 802 West Lancaster Road, Richmond |
| 2/21/2013 | 2:15 pm | Richmond City | 1807 Claiborne Street, Richmond |
| 2/21/2013 | 2:15 pm | Richmond City | 813 West 47th Street, Richmond |
| 2/28/2013 | 5:45 pm | Caroline | 124 Martin Street, Bowling Green |
| 2/28/2013 | 9:00 am | Petersburg City | 1847 Monticello Street, Petersburg |
| 2/28/2013 | 9:00 am | Petersburg City | 1515 Westover Avenue, Petersburg |